**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 20-82236-CIV-CANNON/Reinhart**

**UNITED STATES,**

     Plaintiff,

v.

**EVELYN SOLOMON**
by and through her Guardian Julia Solomon**,**

     Defendant.

_____/

**ORDER GRANTING MOTION TO ADD PARTY AND AMEND CAPTION**

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion to Add Party and Amend Caption [ECF No. 48], filed on July 15, 2021.  Being fully advised, the Court hereby **GRANTS** the motion. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall amend the caption of this case to: "United States of America, Plaintiff, v. Evelyn Solomon, by and through her Guardian Julia Solomon, Defendant."

**DONE AND ORDERED** in Fort Pierce, Florida, this 16th day of July 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record