IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

_____x
UNITED STATES OF AMERICA,            :     case no. 9:20-cv-82236-AMC
    Plaintiff,                       :
                                     :
v.                                   :
                                     :
EVELYN SOLOMON,                      :
by and through her Guardian Julia Solomon,  :
    Defendant.                       :
_____x

## NOTICE OF APPEAL

**NOTICE** is hereby given that EVELYN SOLOMON, by and through undersigned counsel, appeals the November 1, 2021, final judgment (Doc. # 67), the November 1, 2021, order (Doc. # 66), and the October 27, 2021, order (Doc. # 64), all of which to the United States Court of Appeals for the 11th Circuit.

Respectfully submitted,                    Dated:  Nov. 2, 2021

/s/ Joseph A. DiRuzzo, III                 /s/ Daniel M. Lader
_____            _____
Joseph A. DiRuzzo, III                     Daniel M. Lader
Fla. Bar No. 0619175                       Fla. Bar No. 1004963
DiRuzzo & Company                          DiRuzzo & Company
401 East Las Olas Blvd., Suite 1400        401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301                   Ft. Lauderdale, FL 33301
954.615.1676 (o)                           954.615.1676 (o)
954.827.0340 (f)                           954.827.0340 (f)
jd@diruzzolaw.com                          dl@diruzzolaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Nov. 2, 2021, I filed and served the foregoing document upon counsel and parties of record via the CM/ECF system.

/s/ Joseph A. DiRuzzo, III

Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2021.11.02 12:12:50 -04'00'

Joseph A. DiRuzzo, III