Case 9:20-cv-82236-AMC Document 69 Entered on FLSD Docket 11/02/2021 Page 1 of 3
USCA11 Case: 21-13833 Date Filed: 11/02/2021 Page: 1 of 28

**FILED BY HH D.C.**

**Nov 2, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 02, 2021

Joseph A. DiRuzzo III
DiRuzzo & Company
401 E LAS OLAS BLVD STE 1400
FORT LAUDERDALE, FL 33301

Daniel M Lader
DiRuzzo & Company
401 E LAS OLAS BLVD STE 1400
FORT LAUDERDALE, FL 33301

Appeal Number: 21-13833-D
Case Style: United States v. Evelyn Solomon
District Court Docket No: 9:20-cv-82236-AMC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM 11/02/2021. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

DKT-2 Appeal WITH Deficiency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

_____x
UNITED STATES OF AMERICA,                  :   case no. 9:20-cv-82236-AMC
    Plaintiff,                              :
                                             :
v.                                           :
                                             :
EVELYN SOLOMON,                              :
by and through her Guardian Julia Solomon,   :
    Defendant.                              :
_____x

## NOTICE OF APPEAL

**NOTICE** is hereby given that EVELYN SOLOMON, by and through undersigned counsel, appeals the November 1, 2021, final judgment (Doc. # 67), the November 1, 2021, order (Doc. # 66), and the October 27, 2021, order (Doc. # 64), all of which to the United States Court of Appeals for the 11th Circuit.

Respectfully submitted,                        Dated:  Nov. 2, 2021

/s/ Joseph A. DiRuzzo, III                     /s/ Daniel M. Lader
_____                _____
Joseph A. DiRuzzo, III                         Daniel M. Lader
Fla. Bar No. 0619175                           Fla. Bar No. 1004963
DIRUZZO & COMPANY                              DIRUZZO & COMPANY
401 East Las Olas Blvd., Suite 1400            401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301                       Ft. Lauderdale, FL 33301
954.615.1676 (o)                               954.615.1676 (o)
954.827.0340 (f)                               954.827.0340 (f)
jd@diruzzolaw.com                              dl@diruzzolaw.com