```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    CASE NO. 20-82236-CV-CANNON

 3
     UNITED STATES OF AMERICA,
 4
                    Plaintiff,                    MAY 5, 2021
 5
           vs.
 6                                           FORT PIERCE, FLORIDA
     EVELYN SOLOMON,
 7
                    Defendant.                 PAGES 1 - 48
 8   _____/

 9

10       TRANSCRIPT OF MOTION FOR SUMMARY JUDGMENT HEARING
              BEFORE THE HONORABLE AILEEN CANNON
11                UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   FOR THE PLAINTIFF:     JOHN NASTA, AUSA
                            Office of U.S. Attorney
15                          101 South US Highway One
                            Suite 3100
16                          Fort Pierce, Florida  34950

17

18   FOR THE DEFENDANT:     JOSEPH DIRIZZO, III, ESQ.
                            DANIEL LADER, ESQ.
19                          DiRuzzo & Company
                            401 East Las Olas Boulevard
20                          Suite 400
                            Fort Lauderdale, Florida  33301
21

22

23
     REPORTED BY:           DIANE MILLER, RMR, CRR
24                          Official Court Reporter
                            (772)467-2337
25                          diane_miller@flsd.uscourts.gov
```

Friday, September 10, 2021.

P-R-O-C-E-E-D-I-N-G-S

1

2          THE COURT:  Good morning, Ms. Glass; you may call

3    the case.

4          THE COURTROOM DEPUTY:  Good morning, Your Honor.

5          Calling case 20-CV-82236-Cannon, United States versus

6    Solomon.  May we have Counsel enter their appearance beginning

7    with Plaintiff please.

8          MR. NASTA:  John Nasta on behalf of the United

9    States.

10          THE COURT:  Good morning, Mr. Nasta.

11          MR. DiRUZZO:  Good morning; Joseph DiRuzzo on behalf

12    of the defendant, Evelyn Solomon.

13          THE COURT:  Good morning.

14          MR. LADER:  Good morning, Your Honor; Daniel Lader

15    also on behalf of the defendant.

16          THE COURT:  Good morning, Mr. Lader.

17          Good afternoon everybody.  Before we proceed, a quick

18    reminder of the prohibition on recording this hearing both in

19    audio and in video.

20          We are here for a motions hearing on two pending

21    motions.  The first is Defendant's motion for partial summary

22    judgment which appears at docket entry 11 and Plaintiff's

23    cross-motion for summary judgment which it appears at docket

24    entry 19.

25          Mr. DiRuzzo, are you intending to take the lead this

1   morning on the discussion?

2           MR. DiRUZZO:  Yes, ma'am, I am, Your Honor.

3           THE COURT:  Okay.  Well, since you filed your motion

4   first, why don't we start with your presentation, and I am

5   interested in knowing what exact facts you believe are in

6   dispute and therefore warrant a jury trial.

7           MR. DiRUZZO:  Okay, Your Honor.  There are two

8   independent bases for the motion for summary judgment, the

9   first which I think -- well, what I consider to be the easier

10  issue for everyone involved and the Court is the amount of the

11  penalty, whether it is $10,000 per year or whether it's $10,000

12  per account.

13          Since this case has begun, there has been additional

14  cases that have come out; but as it currently stands, there are

15  three district court cases *Vittner*, *Kaufman* and *Giraldi*, and

16  one circuit court case out of the Ninth --

17          THE COURT:  Can you slow down a little bit for the

18  benefit of our court reporter.  I think you said *Vittner*,

19  V-I-T-T-N-E-R.

20          MR. DiRUZZO:  *Yes, Kaufman*, C-A-U-F-M-A-N [sic], and

21  *Giraldi*, G-I-R-A-L-D-I, those are respective district court

22  cases; and there is one Ninth Circuit case, *Boyd*, B-O-Y-D.

23  Your Honor.  Those four courts have looked at the interlocking

24  statutory and regulatory regime and concluded that the penalty

25  for -- the non-willful penalty in contrast to the willful

Friday, September 10, 2021.

1  penalty, but the non-willful penalty is $10,000 per year.  I

2  would submit, I can go through the interlocking statute regime,

3  if the Court would like, but I think at this point, I would ask

4  the Court to join the growing consensus of Article III courts

5  and reach the same conclusion.  However, in the unlikely event

6  that this Court were to consider that those four courts got is

7  it wrong, I would submit, at most, the Court would have to view

8  the statutory and regulatory regime as being ambiguous.  And

9  then if the Court concludes that it is ambiguous, then the

10  Court would have to address the rule of lenity and the strict

11  construction statute which the *Boyd* court and the *Vittner* court

12  briefly touched upon as being applicable.

13          So I submit, Your Honor --

14          THE COURT:  I guess on the rule of lenity point, I

15  mean, why does that apply in this context?

16          MR. DiRUZZO:  If the statute is ambiguous, ambiguous

17  penal statutes are construed against the Government and both

18  *Boyd* and *Vittner* concluded that is not strictly a rule of

19  statutory construction that is applied in the criminal context,

20  it does have application in the civil text for penal statutes.

21          THE COURT:  Do you have any Eleventh Circuit

22  authority that would authorize application of the rule of

23  lenity in a civil context like this?

24          MR. DiRUZZO:  No, I don't have any Eleventh Circuit

25  authority to that, Your Honor, that I can cite off the top of

1  my head, although I would submit that given the purpose of the

2  Bank Secrecy Act at least in part is to allow the Government to

3  clamp down on tax underreporting, that given that that's the

4  purpose of the Bank Secrecy Act, the strict construction

5  statute would also apply.  So you have both the rule of lenity

6  and the strict construction statute.  They both operate against

7  the Government in favor of the taxpayer or the citizen

8        THE COURT:  I understand -- I think I read in Mr. --

9  one of Mr. Nasta's filings that the general principles that

10  Counsel in favor of narrow construction wouldn't apply in the

11  context of the Bank Secrecy Act.  What is your response to

12  that?

13        MR. DiRUZZO:  Your Honor, my position is that that

14  position is belied by the Nine Circuit's decision in *Boyd* which

15  directly addressed the rule of lenity and strict construction

16  statute in the context of -- well, the Ninth Circuit said that

17  it believed the statute to be unambiguous and found in favor of

18  the taxpayer; but to the extent that it was ambiguous, then

19  both the strict construction canon and the rule of lenity would

20  kick in, and it would also lend support for the conclusion that

21  $10,000 per year not 10,000-dollar per account.

22        THE COURT:  Let's assume hypothetically that I don't

23  agree with the *Boyd* majority.  I mean, as a matter of these

24  principles, why would you construe the Bank Secrecy Act as a

25  tax statute?

1          MR. DiRUZZO:  I believe the purpose of the Bank

2    Secrecy Act was to do among other things, to clamp down on tax

3    noncompliance.  I think it's --

4          THE COURT:  But it doesn't levy a tax, is that

5    correct?

6          MR. DiRUZZO:  No, it does not levy a tax ipso facto

7    by itself.  It is not a de jure tax regulatory regime with its

8    aim on generating income for the Government.  I wouldn't go

9    that far.  However, I think the Court can take judicial notice

10   that it is no coincidence that Counsel for the Government works

11   for the tax division, and that the tax division is the one that

12   litigates on behalf of the federal government, and the IRS as

13   their Department of Treasury is the one that, especially in the

14   context of civil Bank Secrecy Act violations is the agency that

15   administers the Bank Secrecy Act.  So when you look at those,

16   the overall regime and how it works not only in -- on paper but

17   in practice, I would submit that they are closely related and

18   the Court will be on good footing to construe them accordingly.

19         THE COURT:  Okay.  So in your view, the violation

20   that really is the subject of the Bank Secrecy Act is the

21   failure to file a reporting form not the failure to report a

22   financial interest in a bank account, is that correct?

23         MR. DiRUZZO:  The failure to file the form not in a

24   specific account, I would turn the Court's attention to the

25   actual form itself.  The form itself provides that if one has

Friday, September 10, 2021.

1   more than 25 accounts, then basically check a box and you
2   disclose the number of accounts, but you do not disclose the
3   specific account itself.  And I believe all four courts, when
4   viewing the regulation which is found at 1010.350 and then
5   reviewing the actual form itself, you know, found that to be
6   instructive.
7           THE COURT:  So can you educate me a bit on how the
8   system actually works?  So if you have more than 25 accounts,
9   you just -- you don't itemize the accounts on the form, you
10  just check a box that says you have more than 25?  Where do you
11  actually list the financial interests themselves on a per
12  account basis or perhaps you are not obligated to?
13          MR. DiRUZZO:  Sure, I can.  Sure, I can walk you
14  through the form, Judge.  You list all of the information that
15  you expect, you know, name, address, you know, social security
16  number; and then, you know, you list out the bank accounts.
17  You list out where the bank accounts are held be it
18  Switzerland, United Kingdom, Canada, and then the highest
19  balance during the calendar year.
20          THE COURT:  Per account.
21          MR. DiRUZZO:  Per account.  And then if the account
22  is -- you have got some issues with currency translation which
23  I believe, but you can't hold me to this, that for purposes of
24  currency translation, you take the exchange rate as of the end
25  of the calendar year and then apply it to the highest account.

Friday, September 10, 2021.

1  That's my understanding, although you can't hold me to that.

2  So if you have ten accounts, you list ten accounts.  But there

3  are oftentimes and you will find it with -- I'll give you an

4  example.  If you are IBM, you are the CFO of IBM, you have

5  signatory authority over accounts listed around the world.  At

6  some point, it becomes, you know, a regulatory burden where if

7  you are the CFO of IBM, you have to list out a thousand, 10,000

8  different accounts which is why the Treasury Department, in

9  exercise of its agency discretion, when it promulgated the form

10  out there, it basically arbitrarily drew the line at 25

11  accounts.  So once you have 25 accounts, you check the box "you

12  have more than 25 accounts," and then you list the number of

13  accounts.  So --

14          THE COURT:  I guess, what advantage do you get

15  procedural from a sort of cumbersome perspective?  You get to

16  check a box which means what?  You don't have to submit 25

17  individual forms, you can do so in one combined form, but you

18  still have to list the interest in each individual account?

19          MR. DiRUZZO:  I think the best way to put it is this

20  way, Judge.  Imagine going to my IBM example, if you have a

21  thousand accounts, you would have to have a piece of paper or

22  form that would just go on and on and on.  In order to reduce

23  the regulatory burden on the agency, you have one form.  I

24  believe it is between six and eight pages, I could be wrong on

25  the number of pages; but once you reach that limit, you check

1    the box, list the number of accounts.  And then if the IRS

2    comes back to you and says, "We want more information as to,

3    you know, accounts number 50 through 100, you provide the

4    information."  But if the IRS never comes to the taxpayer

5    asking for the information, they never come to the taxpayer

6    asking for the information.

7            THE COURT:  So what is the relevance of the existence

8    of this sort of 25 threshold?  How does that help

9    statutory/regulatory argument?

10           MR. DiRUZZO:  Because the form itself dictates the

11   information that, one, he supervised the government.  When the

12   form asks for -- you know, puts a limit on the number of

13   accounts, 25, and then just ask for how many accounts you have

14   after that, you don't actually disclose the account per se.  It

15   is not account number 26 is at UBS in Switzerland, account 27

16   is at HSBC in Canada, and what have you, you just list the

17   number of accounts.  So to that extent, the account itself, you

18   know, is not disclosed.  The number of accounts are disclosed,

19   sure; but the account itself is not disclosed.

20           THE COURT:  And the actual dollar sum of the interest

21   in each individual is account is listed on that form?

22           MR. DiRUZZO:  If it is in excess of 25, no.  So all

23   you have to do is, if you have more than $10,000 any time on a

24   combined or aggregate basis on the form, so you have -- if you

25   have one account with 10,001 dollar, you have to report.  If

1 you got 10,001 accounts with one dollar each, you also have to

2 report.  And using that example, if you had 10,001 accounts

3 with one dollar each, you check the box and you would list

4 10,001 accounts.  And then if the Government comes back and

5 asks for information on any of those accounts, you have to do

6 it.  But you don't actually provide the detail on all 10,001

7 and one accounts.

8         THE COURT:  All right.  Well, I'll ask Mr. Nasta a

9 little bit about that.  But in any event, your argument is that

10 because there is this mechanism by which individuals who have a

11 certain number of accounts, that that sort of indicates that

12 the definition of violation or the conception of violation in

13 the statute is really just submitting this form, not so much

14 declaring your interest in a per account basis; is that right?

15         MR. DiRUZZO:  Yeah, that is correct, because the --

16 in contrast to the willful section of the -- of the statute

17 which mentions, and that's found at 3521(a)(5)(D), you know,

18 the word "account" is mentioned at least twice, maybe three

19 times, but that's --

20         THE COURT:  It is also mentioned in the reasonable --

21 sorry, there is a -- here we go.  I looked at that and it

22 didn't strike me as particularly informative, frankly, because

23 either Congress would have had no reason to sort of go into

24 that level of detail initially in the sort of standard civil

25 penalty provision; and then in addition, there is a reference

Friday, September 10, 2021.

1    to the account in the -- let's see here, in the reasonable

2    cause exception which does refer to the amount of the

3    transaction or the balance in the account which seems to turn

4    again on the existence of an interest in an account not so much

5    the requirement to file a reporting form.

6           MR. DiRUZZO:  That is true, Judge, but you also have

7    to realize that the requirement to report a -- the form

8    requirement is purely regulatory in nature.  If the Secretary

9    of the Treasury Department didn't issue the regulations under

10   Title 31 requiring a form, then there would be no obligation to

11   do so.  In other words, the -- you know, 3521 and -- I'm sorry,

12   5321 and 5314 by themselves are, in essence, not

13   self-executing.  The Secretary of the Treasury had to do

14   something.  That something is issue the regulations under the

15   Bank Secrecy Act and particularly found at 1010.350, and that

16   regulation talks about the form.  So I'm quoting here, "The

17   Commissioner of Internal Revenue for each year in which such

18   relationship exists shall provide such information and shall be

19   specified in a reporting form prescribed under 31 U.S.C. 3514

20   to be filed by such a person.  The form prescribed under

21   section 5314 is a report of foreign banks and Financial

22   accounts, TDF90-22.1 or any successor form."

23          So the requirement to file the form derives under

24   5314, and then that regulation is promulgated; but the

25   regulation talks about reporting and filing a form, it doesn't

1  talk about reporting accounts per se.  And then it goes back to

2  what does the form ask, and the form asks for the basic

3  information we talked about, but it doesn't require each

4  account to be listed.  It only talks about a certain number of

5  accounts, the 25 limit which we were talking about before.  So

6  that's why, you know, the *Vittner*, *Kaufman*, *Giraldi* courts

7  along with *Boyd* talked about how that -- the interlocking

8  provisions of the statute along with the regulations, you know,

9  leads those courts to conclude $10,000 per form because the

10 violation is not filing the form, the FBAR form with the

11 Treasury Department.

12          THE COURT:  Interesting.

13          Now let me ask you another question, just turning to

14 your limitations argument.  I didn't see any argument in your

15 filing that you believe the limitations period is

16 jurisdictional in nature.

17          MR. DiRUZZO:  That is true, Judge.  I have nothing in

18 my research that dictates that it is a jurisdictional

19 limitation upon an Article III court.

20          THE COURT:  So then it can be waived.  And did your

21 client waive that unambiguously?

22          MR. DiRUZZO:  No, Judge, I would submit not.  I would

23 submit, Judge, I think what it comes down to, I have a

24 substantial disagreement with the Government as to what the

25 word "extend" means versus the word "revive."  I'm of the

```
 1    view -- and you know, I have been practicing for a while in the
 2    tax area, people talk about extending statute of limitations
 3    that are still open.  You don't talk about extending a period
 4    that is already closed, and you talk about reviving it.  And I
 5    use that word "revive" with particularity because that's the
 6    word that the Second Circuit is Kozney, K-O-Z-N-E-Y, which I
 7    cited in my motion for summary judgment, that's the word that
 8    the Second Circuit uses.  And that's pretty common -- I would
 9    not say pretty common, that is the standard operating procedure
10    in the tax world.  If you extend the statute of limitations
11    that's open just like you toll the running of the statute of
12    limitations that's going on, but you talk about reviving or
13    resurrecting or something of that nature, a statute of
14    limitation that has already -- that has already closed.  And so
15    the docket entries at 10-1 and 10-2 which are the waivers or
16    the statute of limitations consent forms, you know, I would
17    draw the Court's attention that.  There is no language in there
18    talking about a waiver of any affirmative offense or anything
19    of that nature.  You know, I would submit that the natural, you
20    know, reading of that document is that you extend what is still
21    open, and you do not extend what is already closed.
22         THE COURT:  What would be the point of listing all of
23    the years there?  I mean, what did Mrs. Solomon think she was
24    extending?  It seems rather curious that you would list every
25    single year, if the only one passively that were still, quote
```

1    unquote, alive is 2010 and 2011.

2            MR. DiRUZZO:  Well, Your Honor, here's what I think

3    happened, but I'm going to say that I have no personal

4    knowledge of that, and this is personal knowledge of this, and

5    this is based on my knowledge what I have seen.  At docket

6    entry 36-1, the Government submits in an IDR document from the

7    IRS that it attached to its statement of additional material

8    facts.  And first they note it talks about a letter received

9    from my client's former attorney now working in the criminal

10   section of DOJ tax, and it talks about, quote, "The letter

11   received from Matthew Hicks of Caplan and Drysdale states there

12   are no open tax years, and the taxpayer would agree to send

13   years that are open."

14           Well, first, Judge, I would like to see the letter

15   from Mr. Hicks to the IRS.  I would like to see what exactly

16   that dialogue happened.  But it seems to me, you know, based

17   upon this document that Mr. Hicks was not agreeing to extend

18   years that were open.  So my take on it is he signed the -- had

19   the statute limitations waiver consent form executed and

20   reserved -- potentially reserved the right to argue that the

21   years that are closed, you know, don't get extended, but the

22   years that are open do.

23           And I would note, Your Honor, that, you know, the --

24   the form itself found at 10-1 and 10-2, my reading of it is

25   that, you know, it contains no -- what I believe is called, for

Friday, September 10, 2021.

1  contract purposes, an "integration clause" which I typically

2  see saying that the contract is the full contract, there are no

3  other provisions, you know, in forming the contract, it is

4  written within the four corners, and that's what the parties

5  agree.  There is an integration clause --

6        THE COURT:  So you are saying that there is some kind

7  of side agreement or something that is not memorialized that

8  would have indicated she was under the impression she was only

9  consenting to extend the time period for the last two years,

10 2010 and 2011?

11       MR. DiRUZZO:  Yeah.

12       THE COURT:  I just don't see how you get there.

13 Didn't you move for summary judgment on the ground that there

14 were no genuine issues of material fact on this question?

15       MR. DiRUZZO:  Well, Judge, I think -- and the

16 problem -- I'll use the term lightly.  It is a way that this

17 has been teed up for the Court's consideration.  Typically, at

18 least in the way I have seen it done in my years is that when

19 one moves for summary judgment, one moves for summary judgment.

20 A cross-motion for summary judgment is filed on its own.  You

21 don't cross move and file your response in opposition, and the

22 reason that's typically done is because the burden and the

23 analysis is entirely different.  So, for example, if you have a

24 plaintiff move for summary judgment on count one of his

25 complaint and the defendant moves for summary judgment on count

1  one of the complaint, it doesn't necessarily follow that if the

2  court determines that the plaintiff is not entitled to summary

3  judgment on count one of the complaint, the defendant

4  automatically wins on count one of the complaint.  Courts often

5  enter orders determining that there are material issues of fact

6  on both sides and that count one of the complaint has to go to

7  the jury.

8       So when I teed this issue up for the Court's

9  consideration, it is my view that the statute of limitation,

10  you know, waivers were not effective in order to extend a

11  closed year; but that's a different, you know, analysis as to

12  whether there is a material issue of fact regarding the

13  agreement of the parties to defeat the defendant's motion for

14  summary judgment.

15       THE COURT:  I understand.  All right.

16       MR. DiRUZZO:  So, Judge --

17       THE COURT:  At this point, the record doesn't contain

18  any evidence, it is just -- or any sworn statement or anything

19  of the like that would suggest Mrs. Solomon was truly under the

20  impression she was consenting to years 2010 and 2011.

21       MR. DiRUZZO:  The one thing before this Court or the

22  absence before this Court, the individuals, Mr. Hicks and the

23  IRS revenue agents that were involved of extending the statute

24  of limitations, there is no record evidence before this Court

25  as to what happened between those individuals, what they

1   thought, whether there was additional documentation, side

2   letters like you've mentioned that might form the Court's --

3   the Court's analysis.  So that's why I believe --

4           THE COURT:  But at this point, you are not even

5   necessarily suggesting such extrinsic evidence even exists, you

6   are just hypothesizing that it perhaps could?

7           MR. DiRUZZO:  Well, I think, at a minimum, assuming

8   that the Government's exhibit found at 36-1 is truthful, there

9   has got to be a letter from Mr. Hicks talking about, you know,

10  they agreed to extend the years open.  And the implication is

11  he would not agree to extend years that are closed, right?  So

12  you know, it seems to me that there is at least a material

13  issue of fact as to what the parties agreed as to what exactly

14  they were extending.

15          THE COURT:  All right.

16          MR. DiRUZZO:  And I would --

17          THE COURT:  I don't know if I am convinced by that.

18  It seems to me like the language in the consent form is clear.

19  And I mean, wasn't consenting to this extension a prerequisite

20  to participating in the program?  I mean, it just seems odd she

21  would volunteer to participate in this program and then, years

22  later say, "No, actually I want the benefit of the program but

23  only as to one year, and my consent form never really intended

24  to waive anything other than one or two years."

25          MR. DiRUZZO:  Well, Judge, let me give a little

Friday, September 10, 2021.

1    context of the offer of voluntary disclosure program.  It is

2    very common -- I have done this for multiple taxpayers,

3    multiple clients where you go in and offer voluntary disclosure

4    program because you have a lack of information that you want to

5    avail yourself, you know, at least at threshold consideration

6    of the program, but once you get into the program, as the facts

7    develop, you opt out.  When you opt out, you get into the

8    normal audit phase like any normal taxpayer.  You don't have --

9    you cannot be forced to execute an attack of limitations waiver

10   in the program.  And so if you don't want to execute a waiver,

11   you can not execute the waiver and then you get kicked out of

12   the program.  And many people do this because --

13          THE COURT:  But Mrs. Solomon chose to execute the

14   waiver so.

15          MR. DiRUZZO:  True, but she also got kicked out of

16   the program because the program is a one size fits all.  The

17   program is -- you know, it has gone through a couple

18   iterations.  At first, it was 25 percent of the highest value

19   of the account; then, it went up to 27-and-a-half percent.  But

20   If you, as a taxpayer or the attorney for a taxpayer, took the

21   view that this 25 percent which is a reduction on the willful

22   penalty was unwarranted under the circumstances because the

23   taxpayer, for example Mrs. Solomon, she is 80 years old, she is

24   wheel-chair bound, she has cognitive decline, she wears Depens,

25   she didn't have any indicia of willfulness.  She is really a

```
1    non-willful person, and you opt out of the program and then you
2    deal with the non-willful penalties.  You cannot get the
3    non-willful penalties in the program.  So it is very common for
4    that to happen.
5            So I would ask the Court not to read too much into
6    the contours of the program; but I think at a minimum, I think
7    this Court would be on shaky ground to delve into the contours
8    of voluntary disclosure program and how it works, both in
9    theory and in practice without any record evidence of that.
10           THE COURT:  I understand your point.  I mean, I just
11   make that as sort of extra contextual point.  Really, what you
12   need to do is look at the text at 10-2 and it kind of answers
13   the question as to the content.
14           Let me turn to Mr. Nasta.
15           To keep this focused, why don't we stick with the
16   limitations argument first and then proceed to the form versus
17   account question.
18           MR. NASTA:  Yes, Your Honor.
19           To address Mr. DiRuzzo's point, we believe the
20   agreement is clear, it is not ambiguous, and there is no need
21   to go to any of those doctrines of contract interpretation.
22   Actually, Mrs. Solomon, her argument seems to attempt to use
23   those doctrines of contract interpretation to create an
24   ambiguity.
25           Mrs. Solomon executed this agreement while she was in
```

1  the offshore voluntary disclosure program.  It is true after

2  that, she left the program and refused to sign further

3  extensions later, but these penalties were assessed after this

4  extension.  And entering the program requires agreeing to eight

5  years, eight years that are requested in the disclosure, and

6  that's the eight years listed on the form.

7           It is clear every year between 2004 and 2011 was

8  listed on the form, and it is puzzling to see how Mr. DiRuzzo

9  could read anything into that other than the statute of

10 limitations to impose the penalties was extended for those

11 years.

12          Now, the Bank Secrecy Act here is not a tax statute;

13 and contrary to Mr. DiRuzzo, it is actually administered by the

14 financial crime enforcement network which is a separate

15 division of the Treasury.  FinCEN delegated the investigative

16 authority and in penalty and position of authority to the IRS

17 because of a lack of FinCEN's manpower and because these

18 investigations quite often are co-extensive with tax audits and

19 tax evasion investigations.  But FinCEN still maintains

20 administration over the regulations and the documents that --

21 all of the FBAR forms filed are FinCEN, not the IRS.

22          THE COURT:  But the IRS certainly uses the forms in

23 determining whether to ultimately levy a tax penalty.

24          MR. NASTA:  No, Your Honor.  The IRS actually, when

25 an agent is investigating an FBAR violation, they do two

1    investigations simultaneously.  They do what they call a Title
2    26 examination which those people think of as an audit.  I'm
3    referring only to civil, I'm leaving the criminal separate.
4    But they do a Title 26 examination, and then at the same time
5    they do an FBAR examination.  That's why what you don't see
6    here is there was a separate form to consent to the extension
7    of the statute of limitations to impose taxes in this case.  It
8    is a form 872, and it complies with the requirements of 26
9    U.S.C. 6501 which are the requirements that Mrs. Solomon would
10   have you read into the Bank Secrecy Act.  They don't belong in
11   the Bank Secrecy Act.  If Congress had wanted those
12   requirements there, they could have placed them in 5321 when
13   they created that statute.  They didn't, they placed in 6501
14   because they wanted them to apply to the tax.
15           This is a penalty for failing to report bank
16   accounts -- foreign bank accounts, pure and simple.  The point
17   is to gather information and information that is useful for
18   both criminal investigations and tax compliance.
19           THE COURT:  So do you have any cases that support
20   this view that the Bank Secrecy Act isn't a tax statute in the
21   traditional sense and therefore the doctrines of strict
22   construction would not apply?
23           MR. NASTA:  Not specifically that the Bank Secrecy
24   Act is not a tax statute, no, Your Honor.  I do have statutes
25   that show that a case, *U.S. versus National Steel*, which is in

1  my brief, that said that when a statute does not preclude a

2  waiver, then a waiver is allowed, the waiver referring to the

3  waiver of statute of limitations.

4              THE COURT:  Okay.

5              Now, as far as the form/account distinction, I know

6  it sounds like you have -- you are not on a winning streak to

7  say the least on that issue, but can you just bring me up to

8  speed on where all of the courts are?

9              I know there were some Southern District of Florida

10  decisions that you cited and those don't appear to ever have

11  been appealed.  So are there any cases in the pipe line before

12  the Eleventh Circuit ultimately, and what is the status of the

13  I think pending appeal in the Fifth Circuit?

14             MR. NASTA:  I'm not aware of any cases in the -- on

15  their way to the Eleventh Circuit.  The *Kaufman* -- the *Vittner*

16  case, the *Vittner* case is the Fifth Circuit and it has been

17  appealed by the United States.  I believe briefing is complete

18  and they are waiting for argument.

19             As you are aware, the Ninth Circuit ruled on *Boyd*.

20  It was a split decision, and I believe the United States is

21  still trying to determine whether to seek en banc review or

22  petition for cert.  The other two cases, Kaufman -- and a

23  *Kaufman* begins with a K, K-A-U-F-M-A-N.  That's the District of

24  Connecticut; and then the other *Giraldi*, which is

25  G-I-R-A-L-D-I, in the District of New Jersey.  Neither of those

1  district courts have entered judgments yet.  They were motions

2  for partial summary judgment.  *Giraldi* was partial summary

3  judgment, there are other matters to be decided; and *Kaufman*,

4  there is a pending motion to enter judgment.  There is a

5  dispute over late payment and interest penalties.  So neither

6  of those is ready to be appealed to their respective circuit

7  courts.

8          THE COURT:  I understand.  So the only real activity

9  in the court of appeals is in the Fifth Circuit in the *Vittner*

10 case and potentially more activity in the Ninth Circuit.

11         MR. NASTA:  Yes, Your Honor.

12         Your Honor, if I can, Mrs. Solomon's argument and

13 their argument follows the logic of the *Vittner* court which the

14 *Kaufman* and *Giraldi* courts and the Ninth Circuit in *Boyd*

15 followed.  They skipped over the fact that the penalty in

16 section 5321 says it's for violating any provision of section

17 5314.  Section 5314 is actually what creates the requirements.

18 True, the Secretary has to specify the forms, but Congress told

19 the Secretary to specify -- to require persons to do one of a

20 few things:  Keep records, file reports, or do both, keep

21 records and file reports.  So failing to keep the proper

22 records would be a violation also.  Also, the same statute

23 specifies the minimum information that has to be kept.

24         So I'm looking at section 5314 subsection A,

25 paragraphs one through four specify all of the requirements

Friday, September 10, 2021.

1    that Congress required reported.  The first is the identity and

2    address of the participants in a transaction or relationship;

3    the legal capacity in which a participant is acting, the

4    identity of the real parties in interest.  A description of the

5    transaction.  That's what the -- the form provides a place for

6    those things to be reported, but the violation is for not

7    reporting those items, for not reporting that information, and

8    to your example of when a person has 25 or more accounts.  So

9    the form, the FBAR form and the current iteration called FinCEN

10   114, it's all one line, has header information for a filer to

11   identify who they are; and then below, they identify all of the

12   relationships they have with all of their accounts.

13            Now if a filer has -- forgive me, I don't know if it

14   is 25 or more or more than 25, but the cutoff -- the threshold

15   is 25.  If they have more than the threshold, they don't list

16   any of the accounts, they merely check a box that says they

17   have more than 25 accounts.  However, that filer still has to

18   comply with section 5414, and they have to maintain records for

19   all of those accounts which then the Treasury Department can

20   ask to review and in accordance with an investigation or other

21   law.

22            So the filer isn't relieved of the responsibility of

23   complying with the statute merely because they have 25 or more

24   accounts.  And that's a perfect example of where it is not the

25   form that is the violation.  Filing the form late could be a

1  violation, but not reporting the accounts is a violation, and

2  not keeping records on the accounts is a violation.  And

3  Section 5321 provides penalties for any violation of 5314.

4       I would also like to note that prior to 2004, the

5  only violations that were subject to penalty were violations

6  where the person acted willfully.  In 2004, Congress amended

7  the statute in order to increase compliance.  And when they did

8  that, they added a lower penalty for persons who did not act

9  willfully, but it is the same violation.  The violation

10  remained failing to report the information required in 5314 or

11  failing to keep those records.  It is only the amount of the

12  penalty that varies with the mental state of the violater.

13       And *Vittner* and *Kaufman*, and *Boyd* following the

14  *Vittner* philosophy all relied heavily on the reseller

15  presumption, the presumption that Congress leaves out

16  language -- intends to leave out language when they intend to,

17  and when they include language they include to intend to.

18       All of those courts ignored the fact that paragraphs

19  two and three of section 5321 subsection A, so (a)(2) and

20  (a)(3), both specify penalties for failing to file reports.

21  And that language was there, I believe, when section -- when

22  paragraph five was amended.  So the fact that paragraph five

23  does not specify that the violation is failing to file a

24  report, but two and three do support the conclusion that using

25  the reseller presumption, Congress did not intend it to be for

1  failing to file a report.  If they had, they knew how to use

2  that language.  To use the *Vittner* court's words, "they knew

3  how to make a penalty."  And if they had wanted it to be for

4  failing to file a report or for failing to file a form, they

5  could have specified that; they didn't.  They said it was for

6  any violation of section 5314.

7        THE COURT:  So I guess how do you explain that in

8  subsection 5(d), we have sort of a specific reference to the

9  failure to report the existence of an account, but you don't

10  see that parallel language in 5321 subsection (a)(5)(A)?

11        You can proceed.

12        MR. NASTA:  Yes, Your Honor.  I don't think we see it

13  in (a)(5)(A) because in (a)(5)(A), we see a reference to any

14  violation, and failure to report account is one such violation.

15  In that, when we get down to (d), we are talking about how to

16  calculate a penalty for a specific type of violation and --

17        THE COURT:  All right.

18        MR. NASTA:  We do that by adding the -- by looking at

19  the balance of the account.  When the violater is not willful,

20  we never look at the balance of the account.  The statute

21  doesn't allow it.  The statute is just $10,000 per violation.

22  It is ten times that for willful violations.  It is $100,000

23  per violation; or if it is greater, 50 percent of the balance

24  of the account.

25        THE COURT:  This is kind of a minor question, but I

Friday, September 10, 2021.

1   guess it is the *Vittner* case in the Fifth Circuit.  I tried to

2   access the docket there, it was sealed.  Is that -- are the

3   briefs in that case publicly available?

4           MR. NASTA:  I'm not sure, Your Honor, but I can find

5   out and report back to you.

6           THE COURT:  Sure.  I was just curious.

7           MR. NASTA:  To be honest, I personally have access to

8   the *Vittner* brief.  I don't know if -- and I believe it has

9   been filed with the Court, but I don't know if it is publicly

10  available.

11          THE COURT:  All right.  Well, it is a very

12  interesting statutory interpretation question, and it does

13  implicate the regulations as well.  I guess sort of one final

14  question, Mr. Nasta, can you walk me through one final time

15  your sort of statutory history argument, when was that initial

16  statute passed; and then when was it amended and when it was

17  amended, what was amended.

18          MR. NASTA:  So the initial Bank Secrecy Act was

19  passed in 1970, seven zero, and it -- the purpose was to

20  require persons to -- or report information that would be

21  useful in criminal investigations related to money laundering

22  and tax evasion, and then tax evasion also has a civil

23  component to it.

24          THE COURT:  Okay.  So that passed in 1970, and then

25  what happened?

1    MR. NASTA:  1970, and that included a civil penalty

2  that was only for willful violations, and that civil penalty

3  was capped at $100,000.  That's the predecessor that's in the

4  predecessor to 5321(a)(5).  And then in 2004, 5321(a)(5) was

5  amended.

6    THE COURT:  In 2004?

7    MR. NASTA:  Yes, 2004.  And so there is a red line

8  version of that, and Congress had recognized that reporting

9  compliance was very low and part of that was inability to get

10  information from foreign Banks, and Congress felt that they

11  could increase reporting compliance by modifying the penalties.

12  So two things were done:  The willful penalty was increased

13  from $100,000 to the greater of $100,000 or 50 percent and the

14  balance of the account violation; and then the penalty was

15  added for violations where the violater was not willful, and

16  that penalty is $10,000 per violation.

17    Really, the dispute here is the definition of a

18  violation, and we believe that in order to make the definition

19  of violation consistent through 5321(a)(5), it has to be for

20  any violation of 5314 and that includes reporting an account.

21    THE COURT:  So in your view, what anomalies are

22  created when you don't read or don't interpret violations in

23  the manner you suggest.

24    MR. NASTA:  Now, some of the courts have created

25  hypotheticals that they say create anomalies, and I disagree

1  that some of them are even anomalies.

2        One of the examples I believe from *Giraldi* was that a

3  person with five accounts with a total of -- with a million

4  dollars each, that was a non-willful violater would have five,

5  10,000-dollar penalties; and if the same person had 50 accounts

6  with $100,000 each, then they would have $500,000 in penalties.

7  That's not an anomaly, Your Honor.  Those are differently

8  situated U.S. persons.  One failed to report five accounts, and

9  one failed to report 50 accounts.  So one violated the statute

10  five times, and one did it 50 times.  It is not an anomaly, it

11  is the feature of Congress's non-willful penalty.  It is to

12  encourage compliance, and so that person with 50 accounts has

13  more of an incentive to report those accounts if they are

14  subject to a 500,000-dollar penalty then they would be if they

15  were subject to a 10,000-dollar penalty.

16        THE COURT:  So if you were to describe sort of the

17  anomaly created by the position taken in the *Boyd* court, for

18  example, how would you describe the ill effects of that

19  decision?

20        MR. NASTA:  So there are two in there, I'm not sure

21  which one you want; but if you are referring to where -- I'm

22  sorry, the --

23        THE COURT:  I'm just asking, if I were to disagree

24  with you that the term "violation," you know, does not mean the

25  actual failure to report the financial interests but rather

1   just means failure to file the reporting form, what sort of

2   strange results do you think would obtain?

3          MR. NASTA:  So the strange result would be that a

4   person that failed to report all of their accounts would be

5   given a bigger break the more accounts they had.  A person who

6   failed to report one account should be penalized no more than

7   $10,000; but a person that has five or ten or 15 or 25 accounts

8   that doesn't report them, should have reported all of those

9   accounts and each one is a violation, so I don't it is a -- I

10  think the problem with going the other way is that person with

11  a greater number of accounts.  And while it is true that a

12  person with greater number of accounts could have a lower

13  amount of money in their accounts, there is usually a reason

14  for them having more accounts.

15         THE COURT:  Okay.

16         MR. NASTA:  That person is usually actually more

17  involved in some sort of international business and should be

18  paying for attention to the regulations.  So for that person to

19  get away with multiple violations is the situation that would

20  be created or is created when the definition of a violation is

21  just not filing the form.

22         THE COURT:  And then in terms of the substantive

23  requirements in 5314(a), is that language the same as it has

24  always been since 1970?

25         MR. NASTA:  I don't have that answer, Your Honor.  I

Friday, September 10, 2021.

```
 1   can --
 2           THE COURT:  That's okay.  But no other material
 3   amendments between 1970 and 2004 other than this sort of
 4   increase of the willful penalties and the addition of the
 5   nonwillful component?
 6           MR. NASTA:  Not that I'm aware of, Your Honor, no.
 7           THE COURT:  All right.
 8           Mr. DiRuzzo, would you like to comment at all on
 9   Mr. Nasta's argument?
10           MR. DiRUZZO:  Yes, Judge, like -- the four courts,
11   you know, examined the penalty regime, and I'm just going to
12   give the Court an even more extreme hypothetical.
13           Going back to having 10,000 in one account with one
14   dollar each times 10,000, that penalty is 100,010,000.  I
15   believe my math, I typed it in correctly into my iPhone, but
16   I'm going to do that one more time.  So 10,001 times 10,000,
17   100,010,000 is the number that I get.  So you know, it seems to
18   me that taking the Government's logic, you know, to its
19   ultimate conclusion, that's a number that you get and that just
20   seems -- does not make any sense, and that's what all four
21   courts that have examined, you know, the numbers -- let's face
22   it, Judge, when it comes down to it, this case, at a certain
23   level, the math matters, right, because this case is about
24   whether it is taxes, whether there is compliance, whether it is
25   penalties, the numbers matters and the math matters, right?  So
```

1  you get over $100 million in penalties, that makes absolutely

2  no sense because even if you had a willful violater, right, a

3  willful violater gets the greater of $100,000 or 50 percent of

4  the value of an account, that means the account would be what,

5  200 million -- a little over 200 million.  And that's where

6  these numbers really break down and focus, you know, why it

7  doesn't make sense and why the courts' reading of *Boyd*,

8  *Vittner*, *Kaufman*, *Giraldi*, it is a better read of the

9  regulatory regime.

10         One final thing, Your Honor, "struggle" is a bad

11  term.  This case has been less than ideal because I would have

12  loved to talk to Mr. Hicks and -- because if I talked to

13  Mr. Hicks, and Mr. Hicks said, "Yeah, I agree to it, I knew

14  exactly what I was doing," my argument would have been dead on

15  arrival.  I would have withdrawn and not wasted anyone's time.

16         THE COURT:  You mean the limitations argument.

17         MR. DiRUZZO:  The limitations argument, but I can't

18  talk to him yet because I can't get a waiver from Todd Solomon

19  or Todd Solomon's estate.  I know you have his related case,

20  and I know Mr. Nasta has taken my client's deposition not only

21  in this case but in Todd's case; and I'm hoping, at some point

22  in the near future, that either if Todd is alive, that he is

23  served; and if Todd is not alive, then the appropriate personal

24  representative of his estate which, given my client's cognitive

25  decline, would not be her -- she is not fit to serve -- that I

1  would be able to get the waiver from whoever has that authority

2  and be able to talk to Mr. Hicks.  Once I'm able to talk to

3  Mr. Hicks, it will shed a lot of light on what happened.

4         So I would ask the Court that, hopefully, you know,

5  that could happen sometime soon.  And, you know, if Mr. Hicks

6  tells me that he agreed to revive the debt period, then I'm

7  going to withdraw my portion of the motion.  But if he is

8  adamant that that's not what he agreed on and he had an

9  understanding with the revenue agent, then I think that is

10 particularly relevant and material information for this Court

11 to consider.

12        THE COURT:  I mean, potentially, but you didn't move

13 for partial summary judgment arguing that the consent forms in

14 your view were clear but to the benefit of your client, so I

15 guess I'm somewhat confused by the -- by your current request

16 to sort of open that issue to discovery.  And at this point, I

17 mean, nothing has really been brought to my attention that

18 would actually factually support your argument other than sort

19 of speculative notion that maybe someone will have something to

20 say about that subject.  But as far as I can tell, the record

21 doesn't contain any such evidence at the moment.  So I mean,

22 what exactly would you -- you would be seeking a deposition of

23 Mr. Hicks, is that correct?

24        MR. DiRUZZO:  I don't need to depose him, I just need

25 to talk to him.  I can't even talk to him yet because he

Friday, September 10, 2021.

1  represented the Solomon family at large, and I can't get him --

2  and Caplan Drysdale has taken the position that since I don't

3  represent the family at large, I only represent, you know,

4  Evelyn, I need to get -- Caplan needs to get waivers from all

5  three of their clients.  And once I can get them a waiver from

6  Todd's estate or Todd himself, if he is alive -- and Mr. Nasta

7  can speak more as to what the Government believes as to

8  Mr. Solomon's -- Todd Solomon's whereabouts, you know, all I

9  need to do is talk to Mr. Hicks and find out what happened.

10 And then once I found out what happened, it is -- you know,

11 it's naturally going to flow from there.

12          THE COURT:  So I guess, Mr. Nasta, what is your

13 position?  It sounds like the argument is we should just

14 essentially stay consideration of these pending summary

15 judgment motions until Mr. DiRuzzo is permitted to speak with

16 Mr. Hicks.  I'm not sure when or how that would actually

17 happen, but do you have any comment on that point?

18          MR. NASTA:  Yes, Your Honor.  First, we don't --

19 again, this goes back to trying the extrinsic evidence that

20 create an ambiguity that does not exist.  We don't agree that's

21 necessary.

22          The second thing is, and as Mr. DiRuzzo pointed out,

23 there is an open question as to whether or not Mr. Todd Solomon

24 is alive or dead and if he is alive, his location.  But I don't

25 see how Mr. Hicks' communications with the IRS during an

1 examination fall under attorney-client privilege at all; and

2 then if they do, how they fall under attorney-client privilege

3 for Mr. Todd Solomon, when we are talking about a FBAR

4 examination of Mrs. Evelyn Solomon or was it a separate FBAR

5 examination for Todd Solomon, and that's a separate case.

6 There was also a separate one for Evelyn Solomon's daughter

7 Julie Solomon which is pending.  There is a lawsuit to that

8 pending in the Southern District of New York.

9       THE COURT:  So what was Mr. Hicks' relationship in

10 the examination of Evelyn?

11       MR. NASTA:  So the Solomon family initially had an

12 attorney named Charles Faulk, I believe, F-A-U-L-K or F-A-L-K,

13 then they switched to Caplan Drysdale, and Mr. Hicks was there

14 attorney at Kaplan Drysdale; and then at some point, they

15 switched to separate attorneys representing each member of the

16 family, although there is some -- there is some coordination

17 there, and that's Mr. DiRuzzo, and then other attorneys for the

18 other two.

19       Mr. Hicks now -- and I found out when I read

20 Mr. DiRuzzo's motion -- works in a criminal enforcement section

21 of the tax division.  The United States' position on that is

22 that he has ethical obligations as an attorney to his previous

23 clients and so in those matters, he is still treated as any

24 private attorney would.  I can't accept subpoenas on his

25 behalf.  Mr. DiRuzzo is welcome to reach out to him, as he

Friday, September 10, 2021.

1  would another attorney out there.  I can facilitate obtaining

2  the contact information, but Mr. DiRuzzo is leery of this issue

3  between with Caplan Drysdale which holds the files and was the

4  law firm of record that was representing the Solomons at the

5  time.

6         I still struggle to see how his communications with

7  the IRS fall under any attorney-client privilege.  They were

8  communications with the third party, the IRS.  They weren't

9  communications between the attorney and the client, and so he

10 should be able to ask those questions without their being any

11 privilege.  And then even if there were, the relevant privilege

12 would be between Evelyn Solomon and Caplan -- Evelyn Solomon

13 and Mr. Hicks.  And if Mr. DiRuzzo is trying to find that

14 information, he can speak to Mr. Hicks and protect that

15 privilege because unless he has a deposition.  But a telephone

16 call, he could do that and protect the privilege of his current

17 client because it would extend as long as, you know, he didn't

18 make a third-person party to the conversation.

19         THE COURT:  Mr. DiRuzzo, I'll give you the final

20 word.

21         MR. DiRUZZO:  Your Honor, I'll address that last

22 point.  I reached out and I spoke to Mr. Mark Matthews, and

23 Victor Jarrimillo, J-A-R-R-I-M-I-L-L-O, I believe, and I had

24 extensive telephones calls, you know, with them; and, you know,

25 they indicated to me that they being Caplan and Drysdale would

1  not authorize their former employee -- and I don't know if

2  Mr. Hicks was a partner or if he was counsel or associate, but

3  he is, by no means, a junior attorney right out of law school;

4  that Caplan Drysdale would not authorize their former employee

5  to speak to me freely.  They specifically asked me not to reach

6  out to him until I was able to get the waiver from Todd's --

7  you know, Todd Solomon himself or his estate.  I respected

8  their wishes.  I'm not one to go behind attorneys' backs

9  because I don't think -- that's not how I play the game.  And

10  although I'm hoping that I don't have to make a lot of busy

11  work for everyone on this because what I'm hoping the path of

12  least resistance is, we get some resolution as to what is going

13  on with either Todd Solomon, that he is alive; or that, you

14  know, there is an estate and who is the personal representative

15  of the estate; then I can just get a waiver and I don't have --

16  to, you know, I know what is going to happen, Judge.  If I

17  issue a subpoena to Mr. Hicks, we are going to get a motion to

18  quash.  We are probably going to get some type of intervention,

19  and it is going to become a big brouhaha that -- you know,

20  everyone has better things to do than generate that kind of

21  motion practice.  I'm trying to be judicious with everyone's

22  time and be efficient.  So I just ask for the Court to allow me

23  to do that because --

24          THE COURT:  It sounds like absent the authorization

25  of Mr. Solomon or his estate, we have no idea whether he is

1  alive, deceased, or he even is.  Basically, this would be put

2  on hold until that eventuality which is speculative at best, as

3  I can see it right now.

4        MR. DiRUZZO:  I'm hoping to get some clarity from

5  Mr. Nasta because he is obviously driving the bus regarding

6  Todd's case, which is pending before you.

7        I did check PACER yesterday, and I want to say the

8  Government had I want to say June 7th, but their deadline to

9  get Mr. Solomon or his personal representative served is coming

10 up rather soon.  Indeed, Mr. Nasta took the deposition of my

11 client in order to try to get information as to -- to get, you

12 know, whoever is representing the estate or Todd himself, to

13 get them properly served.  So I'm hoping that we will have some

14 resolution regarding what is going on with Todd in the next few

15 months.  Once that happens, it shouldn't be hard for me to get

16 the waiver and talk to guys at Caplan Drysdale.  That's what I

17 hope.

18        THE COURT:  Of course, we only get there if there is

19 any ambiguity in the consent form itself which takes us back to

20 the initial argument.

21        All right.  Well, thank you very much, everybody, for

22 your assistance this morning and for your well done briefs.

23 The Court will take this matter under advisement and enter an

24 order in due course.  I wish you all a good rest of the day,

25 and thank you again.

Friday, September 10, 2021.

```
1        (PROCEEDINGS ADJOURNED AT 12:06 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Friday, September 10, 2021.

```
 1                    C-E-R-T-I-F-I-C-A-T-E

 2            I hereby certify that the foregoing is

 3        an accurate transcription of digitally recorded

 4        proceedings in the above-entitled matter to the

 5        best of my abilities.

 6            This hearing occurred during the COVID-19

 7        pandemic and is therefore subject to the technological

 8        limitations of reporting remotely.

 9

10   12/6/2021                    /s/DIANE MILLER
       DATE                    DIANE MILLER, RMR, CRR
11                             Official Court Reporter
                               United States District Court
12                             101 South U.S. Highway 1
                               Fort Pierce, FL  34950
13                             772-467-2337

14

15

16

17

18

19

20

21

22

23

24

25
```

Friday, September 10, 2021.

**MR. DiRUZZO: [33]**
2/11 3/2 3/7 3/20 4/16
4/24 5/13 6/1 6/6 6/23
7/13 7/21 8/19 9/10 9/22
10/15 11/6 12/17 12/22
14/2 15/11 15/15 16/16
16/21 17/7 17/16 17/25
18/15 31/10 32/17 33/24
36/21 38/4
**MR. LADER: [1]** 2/14
**MR. NASTA: [20]** 2/8
19/18 20/24 21/23 22/14
23/11 26/12 26/18 27/4
27/7 27/18 28/1 28/7
28/24 29/20 30/3 30/25
31/6 34/18 35/11
**THE COURT: [52]**
**THE COURTROOM**
**DEPUTY: [1]** 2/4

**$**

**$10,000 [9]** 3/11 3/11
4/1 5/21 9/23 12/9 26/21
28/16 30/7
**$100 [1]** 32/1
**$100 million [1]** 32/1
**$100,000 [6]** 26/22 28/3
28/13 28/13 29/6 32/3
**$500,000 [1]** 29/6

**/**

**/s/DIANE [1]** 40/10

**1**

**10,000 [4]** 8/7 31/13
31/14 31/16
**10,000-dollar [3]** 5/21
29/5 29/15
**10,001 [6]** 9/25 10/1
10/2 10/4 10/6 31/16
**10-1 [2]** 13/15 14/24
19/12
**10-2 [3]** 13/15 14/24
19/12
**100 [1]** 9/3
**100,010,000 [2]** 31/14
31/17
**101 [2]** 1/15 40/12
**1010.350 [2]** 7/4 11/15
**11 [1]** 2/22
**114 [1]** 24/10
**12/6/2021 [1]** 40/10
**12:06 [1]** 39/1
**15 [1]** 30/7
**19 [2]** 2/24 40/6
**1970 [5]** 27/19 27/24
28/1 30/24 31/3

**2**

**20-82236-CV-CANNO**
**N [1]** 1/2
**20-CV-82236-Cannon**
**[1]** 2/5
**200 million [2]** 32/5
32/5
**2004 [7]** 20/7 25/4 25/6

28/4 28/6 28/7 31/3
**2010 [3]** 14/1 15/10
16/20
**2011 [4]** 14/1 15/10
16/20 20/7
**2021 [2]** 1/4 40/10
**22.1 [1]** 11/22
**2337 [2]** 1/24 40/13
**25 [18]** 7/1 7/8 7/10
8/10 8/11 8/12 8/16 9/8
9/13 9/22 12/5 24/8
24/14 24/14 24/15 24/17
24/23 30/7
**25 percent [2]** 18/18
18/21
**26 [4]** 9/15 21/2 21/4
21/8
**27 [1]** 9/15

**3**

**31 [2]** 11/10 11/19
**3100 [1]** 1/15
**33301 [1]** 1/20
**34950 [2]** 1/16 40/12
**3514 [1]** 11/19
**3521 [2]** 10/17 11/11
**36-1 [2]** 14/6 17/8

**4**

**400 [1]** 1/20
**401 [1]** 1/19
**467-2337 [1]** 1/24
**48 [1]** 1/7

**5**

**50 [5]** 9/3 29/5 29/9
29/10 29/12
**50 percent [3]** 26/23
28/13 32/3
**500,000-dollar [1]**
29/14
**5314 [11]** 11/12 11/21
11/24 23/17 23/17 23/24
25/3 25/10 26/6 28/20
30/23
**5321 [9]** 11/12 21/12
23/16 25/3 25/19 26/10
28/4 28/4 28/19
**5414 [1]** 24/18

**6**

**6501 [2]** 21/9 21/13

**7**

**772 [1]** 1/24
**772-467-2337 [1]** 40/13
**7th [1]** 38/8

**8**

**80 [1]** 18/23
**872 [1]** 21/8

**A**

**abilities [1]** 40/5
**able [5]** 33/1 33/2 33/2
36/10 37/6

**about [20]** 10/9 11/16
11/25 12/1 12/3 12/4
12/5 12/7 13/2 13/3 13/4
13/12 13/18 14/8 14/10
17/9 26/15 31/23 33/20
35/3
**above [1]** 40/4
**above-entitled [1]** 40/4
**absence [1]** 16/22
**absent [1]** 37/24
**absolutely [1]** 32/1
**accept [1]** 35/24
**access [2]** 27/2 27/7
**accordance [1]** 24/20
**accordingly [1]** 4/10
**account [38]** 3/12 5/21
6/22 6/24 7/3 7/7 7/20
7/21 7/21 7/25 8/18 9/14
9/15 9/15 9/17 9/19 9/21
9/25 10/14 10/18 11/1
11/3 11/4 12/4 18/19
19/17 22/5 26/9 26/14
26/19 26/20 26/24 28/14
28/20 30/6 31/13 32/4
32/4
**accounts [54]**
**accurate [1]** 40/3
**act [16]** 5/2 5/4 5/11
5/24 6/2 6/14 6/15 6/20
11/15 20/12 21/10 21/11
21/20 21/24 25/8 27/18
**acted [1]** 25/6
**acting [1]** 24/3
**activity [2]** 23/8 23/10
**actual [4]** 6/25 7/5 9/20
29/25
**actually [12]** 7/8 7/11
9/14 10/6 17/22 19/22
20/13 20/24 23/17 30/16
33/18 34/16
**adamant [1]** 33/8
**added [2]** 25/8 28/15
**adding [1]** 26/18
**addition [2]** 10/25 31/4
**additional [3]** 3/13 14/7
17/1
**address [5]** 4/10 7/15
19/19 24/2 36/21
**addressed [1]** 5/15
**ADJOURNED [1]** 39/1
**administered [1]** 20/13
**administers [1]** 6/15
**administration [1]**
20/20
**advantage [1]** 8/14
**advisement [1]** 38/23
**affirmative [1]** 13/18
**after [3]** 9/14 20/1 20/3
**afternoon [1]** 2/17
**again [3]** 11/4 34/19
38/25
**against [2]** 4/17 5/6
**agency [3]** 6/14 8/9
8/23
**agent [2]** 20/25 33/9
**agents [1]** 16/23

**aggregate [1]** 9/24
**agree [6]** 5/23 14/12
15/5 17/11 32/13 34/20
**agreed [4]** 17/10 17/13
33/6 33/8
**agreeing [2]** 14/17 20/4
**agreement [4]** 15/7
16/13 19/20 19/25
**AILEEN [1]** 1/10
**aim [1]** 6/8
**alive [8]** 14/1 32/22
32/23 34/6 34/24 34/24
37/13 38/1
**all [30]** 7/3 7/14 9/22
10/6 10/8 13/22 16/15
17/15 18/16 20/21 22/8
23/25 24/10 24/11 24/12
24/19 25/14 25/18 26/17
27/11 30/4 30/8 31/7
31/8 31/20 34/4 34/8
35/1 38/21 38/24
**allow [3]** 5/2 26/21
37/22
**allowed [1]** 22/2
**along [2]** 12/7 12/8
**already [4]** 13/4 13/14
13/14 13/21
**also [12]** 2/15 5/5 5/20
10/1 10/20 11/6 18/15
23/22 23/22 25/4 27/22
35/6
**although [4]** 5/1 8/1
35/16 37/10
**always [1]** 30/24
**am [3]** 3/2 3/4 17/17
**ambiguity [3]** 19/24
34/20 38/19
**ambiguous [6]** 4/8 4/9
4/16 4/16 5/18 19/20
**amended [6]** 25/6 25/22
27/16 27/17 27/17 28/5
**amendments [1]** 31/3
**AMERICA [1]** 1/3
**among [1]** 10/25
**amount [4]** 3/10 11/2
25/11 30/13
**analysis [3]** 15/23 16/11
17/3
**anomalies [3]** 28/21
28/25 29/1
**anomaly [3]** 29/7 29/10
29/17
**another [2]** 12/13 36/1
**answer [1]** 30/25
**answers [1]** 19/12
**any [30]** 4/21 4/24 9/23
10/5 10/9 11/22 12/14
13/18 16/18 16/18 18/8
18/25 19/9 19/21 21/19
22/11 22/14 23/16 24/16
25/3 26/6 26/13 28/20
31/20 33/21 34/17 35/23
36/7 36/10 38/16
**anyone's [1]** 32/15
**anything [4]** 13/18
16/18 17/24 20/9

**appeal [1]** 22/13
**appealed [3]** 22/11
22/17 23/6
**appeals [1]** 23/9
**appear [1]** 22/10
**appearance [1]** 2/6
**APPEARANCES [1]**
1/13
**appears [2]** 2/22 2/23
**applicable [1]** 4/12
**application [2]** 4/20
4/22
**applied [1]** 4/19
**apply [6]** 4/15 5/5 5/10
7/25 21/14 21/22
**appropriate [1]** 32/23
**arbitrarily [1]** 8/10
**are [50]**
**area [1]** 13/2
**argue [1]** 14/20
**arguing [1]** 33/13
**argument [17]** 9/9 10/9
12/14 12/14 19/16 19/22
22/18 23/12 23/13 27/15
31/9 32/14 32/16 32/17
33/18 34/13 38/20
**around [1]** 8/5
**arrival [1]** 32/15
**Article [2]** 4/4 12/19
**as [39]** 3/14 4/8 4/12
5/23 5/24 6/12 7/24 9/2
10/22 12/24 16/11 16/25
17/13 17/13 17/23 18/6
18/20 19/11 19/13 21/12
22/5 22/5 22/19 27/13
30/23 33/20 33/20 34/7
34/7 34/22 34/23 35/22
35/23 35/25 36/17 36/17
37/12 38/2 38/11
**ask [10]** 4/3 9/13 10/8
12/2 12/13 19/5 24/20
33/4 36/10 37/22
**asked [1]** 37/5
**asking [3]** 9/5 9/6 29/23
**asks [3]** 9/12 10/5 12/2
**assessed [1]** 20/3
**assistance [1]** 38/22
**associate [1]** 37/2
**assume [1]** 5/22
**assuming [1]** 17/7
**attached [1]** 14/7
**attack [1]** 18/9
**attempt [1]** 19/22
**attention [4]** 6/24 13/17
30/18 33/17
**attorney [13]** 1/14 14/9
18/20 35/1 35/2 35/12
35/14 35/22 35/24 36/1
36/7 36/9 37/3
**attorney-client [3]** 35/1
35/2 36/7
**attorneys [2]** 35/15
35/17
**attorneys' [1]** 37/8
**audio [1]** 2/19
**audit [2]** 18/8 21/2

## A

**audits [1]** 20/18
**AUSA [1]** 1/14
**authority [6]** 4/22 4/25 8/5 20/16 20/16 33/11
**authorization [1]** 37/24
**authorize [3]** 4/22 37/1 37/4
**automatically [1]** 16/4
**avail [1]** 18/5
**available [2]** 27/3 27/10 31/6
**aware [3]** 22/14 22/19 31/6
**away [1]** 30/19

## B

**B-O-Y-D [1]** 3/22
**back [7]** 9/2 10/4 12/1 27/5 31/13 34/19 38/19
**backs [1]** 37/8
**bad [1]** 32/10
**balance [2]** 7/19 11/3 26/19 26/20 26/23 28/14
**banc [1]** 22/21
**bank [20]** 5/2 5/4 5/11 5/24 6/1 6/14 6/15 6/20 6/22 7/16 7/17 11/15 20/12 21/10 21/11 21/15 21/16 21/20 21/23 27/18
**banks [2]** 11/21 28/10
**based [2]** 14/5 14/16
**bases [1]** 3/8
**basic [1]** 12/2
**basically [3]** 7/1 8/10 38/1
**basis [3]** 7/12 9/24 10/14
**be [43]**
**because [28]** 9/10 10/10 10/15 10/22 12/9 13/5 15/22 18/4 18/12 18/16 18/22 20/17 20/17 21/14 24/23 26/13 31/23 32/2 32/11 32/12 32/18 33/25 36/15 36/17 37/9 37/11 37/23 38/5
**become [1]** 37/19
**becomes [1]** 8/6
**been [10]** 3/13 13/1 15/17 22/11 22/16 27/9 30/24 32/11 32/14 33/17
**before [8]** 1/10 2/17 12/5 16/21 16/22 16/24 22/11 38/6
**beginning [1]** 2/6
**begins [1]** 22/23
**begun [1]** 3/13
**behalf [5]** 2/8 2/11 2/15 6/12 35/25
**behind [1]** 37/8
**being [4]** 4/8 4/12 36/10 36/25
**belied [1]** 5/14
**believe [18]** 3/5 6/1 7/3 7/23 8/24 12/15 14/25

## C

**17/3** 19/19 22/17 22/20 25/21 27/8 28/18 29/2 31/15 35/12 36/23
**believed [1]** 5/17
**believes [1]** 34/7
**belong [1]** 21/10
**below [1]** 24/11
**benefit [3]** 3/18 17/22 33/14
**best [3]** 8/19 38/2 40/5
**better [2]** 32/8 37/20
**between [7]** 8/24 16/25 20/7 31/3 36/3 36/9 36/12
**big [1]** 37/19
**bigger [1]** 30/5
**bit [3]** 3/17 7/7 10/9
**both [10]** 2/18 4/17 5/5 5/6 5/19 16/6 19/8 21/18 23/20 25/20
**Boulevard [1]** 1/19
**bound [1]** 18/24
**box [7]** 7/1 7/10 8/11 8/16 9/1 10/3 24/16
**Boyd [11]** 3/22 4/11 4/18 5/14 5/23 12/7 22/19 23/14 25/13 29/17 32/7
**break [2]** 30/5 32/6
**brief [2]** 22/1 27/8
**briefing [1]** 22/17
**briefly [1]** 4/12
**briefs [2]** 27/3 38/22
**bring [1]** 22/7
**brought [1]** 33/17
**brouhaha [1]** 37/19
**burden [3]** 8/6 8/23 15/22
**bus [1]** 38/5
**business [1]** 30/17
**busy [1]** 37/10

## C

**C-E-R-T-I-F-I-C-A-T-E [1]** 39/2
**calculate [1]** 16/16
**calendar [2]** 7/19 7/25
**call [3]** 2/2 21/1 36/16
**called [2]** 14/25 24/9
**Calling [1]** 2/5
**calls [1]** 36/24
**can [24]** 3/17 4/2 4/25 6/9 7/7 7/13 7/13 8/17 12/20 18/11 22/7 23/12 24/19 26/11 27/4 27/14 31/1 33/20 34/5 34/7 36/1 36/14 37/15 38/3
**can't [7]** 7/23 8/1 32/17 32/18 33/25 34/1 35/24
**Canada [2]** 7/18 9/16
**CANNON [3]** 1/2 1/10 2/5
**cannot [2]** 18/9 19/2
**canon [1]** 5/19
**capacity [1]** 24/3
**Caplan [9]** 14/11 34/2

**34/4** 35/13 36/3 36/12 36/25 37/4 38/16
**capped [1]** 28/3
**case [21]** 1/2 2/3 2/5 3/13 3/16 3/22 21/7 21/25 22/16 22/16 23/10 27/1 27/3 31/22 31/23 32/11 32/19 32/21 32/21 35/5 38/6
**cases [7]** 3/14 3/15 3/22 21/19 22/11 22/14 22/22
**cause [1]** 11/2
**cert [1]** 22/22
**certain [3]** 10/11 12/4 31/22
**certainly [1]** 20/22
**certify [1]** 40/2
**CFO [2]** 8/4 8/7
**chair [1]** 18/24
**Charles [1]** 35/12
**check [8]** 7/1 7/10 8/11 8/16 8/25 10/3 24/16 38/7
**chose [1]** 18/13
**circuit [17]** 3/16 3/22 4/21 4/24 5/16 13/6 13/8 22/19 22/13 22/15 22/16 22/19 23/6 23/9 23/10 23/14 27/1
**Circuit's [1]** 5/14
**circumstances [1]** 18/22
**cite [1]** 4/25
**cited [2]** 13/7 22/10
**citizen [1]** 5/7
**civil [8]** 4/20 4/23 6/14 10/24 21/3 27/22 28/1 28/2
**clamp [2]** 5/3 6/2
**clarity [1]** 38/4
**clause [2]** 15/1 15/5
**clear [4]** 17/18 19/20 20/7 33/14
**client [8]** 12/21 33/14 35/1 35/2 36/7 36/9 36/17 38/11
**client's [1]** 34/9 32/20 32/24
**clients [3]** 18/3 34/5 35/23
**closed [6]** 13/4 13/14 13/21 14/21 16/11 17/11
**closely [1]** 6/17
**co [1]** 20/18
**co-extensive [1]** 20/18
**cognitive [1]** 18/24 32/24
**coincidence [1]** 6/10
**combined [2]** 8/17 9/24
**come [2]** 3/14 9/5
**comes [5]** 9/2 9/4 10/4 12/23 31/22
**coming [1]** 38/9
**comment [2]** 31/8 34/17
**Commissioner [1]** 11/17

**common [4]** 13/8 13/9 18/2 19/3
**communications [4]** 34/25 36/6 36/8 36/9
**Company [1]** 1/19
**complaint [5]** 15/25 16/1 16/3 16/4 16/6
**complete [1]** 22/17
**compliance [6]** 21/18 25/7 28/9 28/11 29/12 31/24
**complies [1]** 21/8
**comply [1]** 24/18
**complying [1]** 24/23
**component [2]** 27/23 31/5
**conception [1]** 10/12
**conclude [1]** 12/9
**concluded [2]** 3/24 4/18
**concludes [1]** 4/9
**conclusion [4]** 4/5 5/20 25/24 31/19
**confused [1]** 33/15
**Congress [9]** 10/23 21/11 23/18 24/1 25/6 25/15 25/25 28/8 28/10
**Congress's [1]** 29/11
**Connecticut [1]** 22/24
**consensus [1]** 4/4
**consent [7]** 13/16 14/19 17/18 17/23 21/6 33/13 38/19
**consenting [3]** 15/9 16/20 17/19
**consider [3]** 3/9 4/6 33/11
**consideration [4]** 15/17 16/9 18/5 34/14
**consistent [1]** 28/19
**construction [8]** 4/11 4/19 5/4 5/6 5/10 5/15 5/19 21/22
**construe [2]** 5/24 6/18
**construed [1]** 4/17
**contact [1]** 36/2
**contain [2]** 16/17 33/21
**contains [1]** 14/25
**content [1]** 19/13
**context [7]** 4/15 4/19 4/23 5/11 5/16 6/14 18/1
**contextual [1]** 19/11
**contours [2]** 19/6 19/7
**contract [6]** 15/1 15/2 15/2 15/3 19/21 19/23
**contrary [1]** 20/13
**contrast [2]** 3/25 10/16
**conversation [1]** 36/18
**convinced [1]** 17/17
**coordination [1]** 35/16
**corners [1]** 15/4
**correct [4]** 6/5 6/22 10/15 33/23
**correctly [1]** 31/15
**could [10]** 8/24 17/6 20/9 21/12 24/25 26/5 28/11 30/12 33/5 36/16

**counsel [4]** 2/6 5/10 6/10 37/2
**count [5]** 15/24 15/25 16/3 16/4 16/6
**couple [1]** 18/17
**course [2]** 38/18 38/24
**court [39]** 1/1 1/24 3/10 3/15 3/16 3/18 3/21 4/3 4/4 4/6 4/7 4/9 4/10 4/11 4/11 5/8 6/9 6/18 7/7 9/20 12/19 16/2 16/21 16/22 16/24 19/5 19/7 23/9 23/13 27/9 29/17 30/15 31/12 33/4 33/10 37/22 38/23 40/1 40/11
**court's [7]** 6/24 13/17 15/17 16/8 17/2 17/3 26/2
**courts [15]** 3/23 4/4 4/6 7/3 12/6 12/9 16/4 22/8 23/1 23/7 23/14 25/18 28/24 31/10 31/21
**courts' [1]** 32/7
**COVID [1]** 40/6
**COVID-19 [1]** 40/6
**create [3]** 19/23 28/25 34/20
**created [6]** 21/13 28/22 28/24 29/17 30/20 30/20
**creates [1]** 23/17
**crime [1]** 20/14
**criminal [6]** 4/19 14/9 21/3 21/18 27/21 35/20
**cross [3]** 2/23 15/20 15/21
**cross-motion [2]** 2/23 15/20
**CRR [2]** 1/23 40/10
**cumbersome [1]** 8/15
**curious [2]** 13/24 27/6
**currency [1]** 7/22 7/24
**current [3]** 24/9 33/15 36/16
**currently [1]** 3/14
**cutoff [1]** 24/14
**CV [2]** 1/2 2/5

## D

**DANIEL [2]** 1/18 2/14
**DATE [1]** 40/10
**daughter [1]** 35/6
**day [1]** 38/24
**de [1]** 6/7
**dead [2]** 32/14 34/24
**deadline [1]** 38/8
**deal [1]** 19/2
**debt [1]** 33/6
**deceased [1]** 38/1
**decided [1]** 23/3
**decision [3]** 5/14 22/20 29/19
**decisions [1]** 22/10
**declaring [1]** 10/14
**decline [2]** 18/24 32/25
**defeat [1]** 16/13

**D**

defendant [6]  1/7 1/18 2/12 2/15 1/5/25 16/3
defendant's [2]  2/21 16/13
definition [4]  10/12 28/17 28/18 30/20
delegated [1]  20/15
delve [1]  19/7
Department [5]  6/13 8/8 11/9 12/11 24/19
Depens [1]  18/24
depose [1]  33/24
deposition [4]  32/20 33/22 36/15 38/10
derives [1]  11/23
describe [2]  29/16 29/18
description [1]  24/4
detail [2]  10/6 10/24
determine [1]  22/21
determines [1]  16/2
determining [2]  16/5 20/23
develop [1]  18/7
dialogue [1]  14/16
diane [4]  1/23 1/25 40/10 40/10
dictates [2]  9/10 12/18
did [7]  12/20 13/23 25/7 25/8 25/25 29/10 38/7
didn't [9]  10/22 11/9 12/14 15/13 18/25 21/13 26/5 33/12 36/17
different [3]  8/8 15/23 16/11
differently [1]  29/7
digitally [1]  40/3
directly [1]  5/15
DIRIZZO [1]  1/18
DiRuzzo [13]  1/19 2/11 2/25 20/8 20/13 31/8 34/15 34/22 35/17 35/25 36/2 36/13 36/19
DiRuzzo's [2]  19/19 35/20
disagree [2]  28/25 29/23
disagreement [1]  12/24
disclose [3]  7/2 7/2 9/14
disclosed [3]  9/18 9/18 9/19
disclosure [5]  18/1 18/3 19/8 20/1 20/5
discovery [1]  33/16
discretion [1]  8/9
discussion [1]  3/1
dispute [3]  3/6 23/5 28/17
distinction [1]  22/5
district [11]  1/1 1/1 1/11 3/15 3/21 22/9 22/23 22/25 23/1 35/8 40/11
division [4]  6/11 6/11

20/15 35/21
do [33]  4/21 6/2 7/2 7/10 8/14 8/17 9/23 10/5 11/11 11/13 13/21 14/22 18/12 19/12 20/25 21/1 21/4 21/5 21/19 21/24 23/19 23/20 25/24 26/7 26/18 30/2 31/16 34/9 34/17 35/2 36/16 37/20 37/23
docket [5]  2/22 2/23 13/15 14/5 27/2
doctrines [3]  19/21 19/23 21/21
document [3]  13/20 14/6 14/17
documentation [1]  17/1
documents [1]  20/20
does [12]  4/15 4/20 6/6 9/8 11/2 12/2 22/1 25/23 27/12 29/24 31/20 34/20
doesn't [9]  6/4 11/25 12/3 16/1 16/17 26/21 30/8 32/7 33/21
doing [1]  32/14
DOJ [1]  14/10
dollar [9]  5/21 9/20 9/25 10/1 10/3 29/5 29/14 29/15 31/14
dollars [1]  29/4
don't [37]  3/4 4/24 5/22 7/9 8/16 9/14 10/6 13/3 14/21 15/12 15/21 17/17 18/8 18/10 19/15 21/5 21/10 22/10 24/13 24/15 26/9 26/12 27/8 27/9 28/22 28/22 30/9 30/25 33/24 34/2 34/18 34/20 34/24 37/1 37/9 37/10 37/15
done [5]  15/18 15/22 18/2 28/12 38/22
down [7]  3/17 5/3 6/2 12/23 26/15 31/22 32/6
draw [1]  13/17
drew [1]  8/10
driving [1]  38/5
Drysdale [8]  14/11 34/2 35/13 35/14 36/3 36/25 37/4 38/16
due [1]  38/24
during [3]  7/19 34/25 40/6

**E**

each [11]  8/18 9/21 10/1 10/3 11/17 12/3 29/4 29/6 30/9 31/14 35/15
easier [1]  3/9
East [1]  1/19
educate [1]  7/7
effective [1]  16/10
effects [1]  29/18
efficient [1]  37/22
eight [4]  8/24 20/4 20/5

20/6
either [3]  10/23 32/22 37/13
Eleventh [4]  4/21 4/24 22/12 22/15
employee [2]  37/1 37/4
en [1]  22/21
encourage [1]  29/12
end [1]  7/24
enforcement [2]  20/14 35/20
enter [2]  2/6 16/5 23/4 38/23
entered [1]  23/1
entering [1]  20/4
entirely [1]  15/23
entitled [2]  16/2 40/4
entries [1]  13/15
entry [3]  2/22 2/24 14/6
especially [1]  6/13
essence [1]  11/12
essentially [1]  34/14
estate [8]  32/19 32/24 34/6 37/7 37/14 37/15 37/25 38/12
ethical [1]  35/22
evasion [3]  20/19 27/22 27/22
EVELYN [8]  1/6 2/12 34/4 35/4 35/6 35/10 36/12 36/12
even [8]  17/4 17/5 29/1 31/12 32/2 33/25 36/11 38/1
event [2]  4/5 10/9
eventuality [1]  38/2
ever [1]  22/10
every [2]  13/24 20/7
everybody [2]  2/17 38/21
everyone [3]  3/10 37/11 37/20
everyone's [1]  37/21
evidence [6]  16/18 16/24 17/5 19/9 33/21 34/19
exact [1]  3/5
exactly [4]  14/15 17/13 32/14 33/22
examination [7]  21/2 21/4 21/5 35/1 35/4 35/5 35/10
examined [2]  31/11 31/21
example [8]  8/4 8/20 10/2 15/23 18/23 24/8 24/24 29/18
examples [1]  29/2
exception [1]  11/2
excess [1]  9/22
exchange [1]  7/24
execute [4]  18/9 18/10 18/11 18/13
executed [2]  14/19 19/25

executing [1]  11/13
exercise [1]  8/9
exhibit [1]  17/8
exist [1]  34/20
existence [3]  9/7 11/4 26/9
exists [2]  11/18 17/5
expect [1]  7/15
explain [2]  26/7
extend [10]  12/25 13/10 13/20 13/21 14/17 15/9 16/10 17/10 17/11 36/17
extended [2]  14/21 20/10
extending [5]  13/2 13/3 13/24 16/23 17/14
extension [3]  17/19 20/4 21/6
extensions [1]  20/3
extensive [2]  20/18 36/24
extent [2]  5/18 9/17
extra [1]  19/11
extreme [1]  31/12
extrinsic [2]  17/5 34/19

**F**

F-A-L-K [1]  35/12
F-A-U-L-K [1]  35/12
face [1]  31/21
facilitate [1]  36/1
fact [7]  15/14 16/5 16/12 17/13 23/15 25/18 25/22
facto [1]  6/6
facts [3]  3/5 14/8 18/6
factually [1]  33/18
failed [4]  29/8 29/9 30/4 30/6
failing [9]  21/15 23/21 25/10 25/11 25/20 25/23 26/1 26/4 26/4
failure [7]  6/21 6/21 6/23 26/9 26/14 29/25 30/1
fall [3]  35/1 35/2 36/7
family [4]  34/1 34/3 35/11 35/16
far [3]  6/9 22/5 33/20
Faulk [1]  35/12
favor [3]  5/7 5/10 5/17
FBAR [7]  12/10 20/21 20/25 21/5 24/9 35/3 35/4
feature [1]  29/11
federal [1]  6/12
felt [1]  28/10
few [2]  23/20 38/14
Fifth [4]  22/13 22/16 23/9 27/1
file [15]  6/21 6/23 11/5 11/23 15/21 23/20 23/21 25/20 25/23 26/1 26/4 26/4 30/1
filed [5]  3/3 11/20 15/20 20/21 27/9

filer [4]  24/10 24/13 24/17 24/22
files [1]  36/3
filing [5]  11/25 12/10 12/15 14/25 30/21
filings [1]  5/9
final [4]  27/13 27/14 32/10 36/19
financial [5]  6/22 7/11 11/21 20/14 29/25
FinCEN [4]  20/15 20/19 20/21 24/9
FinCEN's [1]  20/17
find [4]  8/3 27/4 34/9 36/13
firm [1]  36/4
first [9]  2/21 3/4 3/9 14/8 14/14 18/18 19/16 24/1 34/18
fit [1]  32/25
fits [1]  18/16
five [7]  25/22 25/22 29/3 29/4 29/8 29/10 30/7
FL [1]  40/12
FLORIDA [5]  1/1 1/6 1/16 1/20 22/9
flow [1]  34/11
flsd.uscourts.gov [1]  1/25
focus [1]  32/6
focused [1]  19/15
follow [1]  16/1
followed [1]  23/15
following [1]  25/13
follows [1]  23/13
footing [1]  6/18
forced [1]  18/9
foregoing [1]  40/2
foreign [3]  11/21 21/16 28/10
forgive [1]  24/13
form [50]
form/account [1]  22/5
former [3]  14/9 37/1 37/4
forming [1]  15/3
forms [6]  8/17 13/16 20/21 20/22 23/18 33/13
FORT [4]  1/6 1/16 1/20 40/12
found [9]  5/17 7/4 7/5 10/17 11/15 14/24 17/8 34/10 35/19
four [7]  3/23 4/6 7/3 15/4 23/25 31/10 31/20
frankly [1]  10/22
freely [1]  37/5
full [1]  15/2
further [1]  20/2
future [1]  32/22

**G**

G-I-R-A-L-D-I [2]  3/21 22/25
game [1]  37/9

**G**

**gather [1]**  21/17
**general [1]**  5/9
**generate [1]**  37/20
**generating [1]**  6/8
**genuine [1]**  15/14
**get [32]**  8/14 8/15 14/21
15/12 18/6 18/7 18/11
19/2 26/15 28/9 30/19
31/17 31/19 32/1 32/18
33/1 34/1 34/4 34/4 34/5
37/6 37/12 37/15 37/17
37/18 38/4 38/9 38/11
38/11 38/13 38/15 38/18
**gets [1]**  32/3
**Giraldi [8]**  3/15 3/21
12/6 22/24 23/2 23/14
29/2 32/8
**give [4]**  8/3 17/25 31/12
36/19
**given [4]**  5/1 5/3 30/5
32/24
**Glass [1]**  2/2
**go [9]**  4/2 6/8 8/22
10/21 10/23 16/6 18/3
19/21 37/8
**goes [2]**  12/1 34/19
**going [15]**  8/20 13/12
14/3 30/10 31/11 31/13
31/16 33/7 34/11 37/12
37/16 37/17 37/18 37/19
38/14
**gone [1]**  18/17
**good [10]**  2/2 2/4 2/10
2/11 2/13 2/14 2/16 2/17
6/18 38/24
**got [5]**  4/6 7/22 10/1
17/9 18/15
**government [12]**  4/17
5/2 5/7 6/8 6/10 6/12
9/11 10/4 12/24 14/6
34/7 38/8
**Government's [2]**  17/8
31/18
**greater [5]**  26/23 28/13
30/11 30/12 32/3
**ground [2]**  15/13 19/7
**growing [1]**  4/4
**guess [7]**  4/14 8/14 26/7
27/1 27/13 33/15 34/12
**guys [1]**  38/16

**H**

**had [15]**  10/2 10/23
11/13 14/18 21/11 26/1
26/3 28/8 29/5 30/5 32/2
33/8 35/11 36/23 38/8
**half [1]**  18/19
**happen [4]**  19/4 33/5
34/17 37/16
**happened [7]**  14/3
14/16 16/25 27/25 33/3
34/9 34/10
**happens [1]**  38/15
**hard [1]**  38/15

**has [31]**  3/13 3/13 6/25
13/14 13/14 15/17 16/6
17/9 18/17 18/24 22/16
24/13 24/17 27/8 27/22
28/19 29/12 30/7 30/23
32/11 32/20 33/1 33/17
34/2 35/22 36/15 37/20
**have [79]**
**having [2]**  30/14 31/13
**he [25]**  9/11 14/18
17/11 32/22 33/6 33/7
33/8 33/8 33/25 34/6
34/24 35/22 35/23 35/25
36/9 36/14 36/15 36/16
36/17 37/2 37/3 37/13
37/25 38/1 38/5
**head [1]**  5/1
**header [1]**  24/10
**hearing [4]**  1/10 2/18
2/20 40/6
**heavily [1]**  25/14
**held [1]**  7/17
**help [1]**  9/8
**her [2]**  19/22 32/25
**here [7]**  2/20 10/21 11/1
11/16 20/12 21/6 28/17
**here's [1]**  14/2
**hereby [1]**  40/2
**Hicks [20]**  14/11 14/15
14/17 16/22 17/9 32/12
32/13 32/13 33/2 33/3
33/5 33/23 34/9 34/16
35/13 35/19 36/13 36/14
37/2 37/17
**Hicks' [2]**  34/25 35/9
**highest [3]**  7/18 7/25
18/18
**Highway [2]**  1/15 40/12
**him [7]**  32/18 33/24
33/25 33/25 34/1 35/25
37/6
**himself [3]**  34/6 37/7
38/12
**his [11]**  15/24 32/19
32/24 34/24 35/22 35/24
36/6 36/16 37/7 37/25
38/9
**history [1]**  27/15
**hold [3]**  7/23 8/1 38/2
**holds [1]**  36/3
**honest [1]**  27/7
**Honor [23]**  2/4 2/14 3/2
3/7 3/23 4/13 4/25 5/13
14/2 14/23 19/18 20/24
21/24 23/11 23/24 26/12
27/4 29/7 30/25 31/6
32/10 34/18 36/21
**HONORABLE [1]**
1/10
**hope [1]**  38/17
**hopefully [1]**  33/4
**hoping [5]**  32/21 37/10
37/11 38/4 38/13
**how [18]**  6/16 7/7 9/8
9/13 12/7 15/12 19/8

20/8 26/1 26/3 26/7
26/15 29/18 34/16 34/25
35/2 36/6 37/9
**However [3]**  4/5 6/9
24/17
**HSBC [1]**  9/16
**hypothesizing [1]**  36/16
**hypothetical [1]**  31/12
**hypothetically [1]**  5/22
**hypotheticals [1]**  28/25

**I**

**I'll [5]**  8/3 10/8 15/16
36/19 36/21
**I'm [26]**  11/11 11/16
12/25 14/3 21/2 21/3
22/14 23/24 27/4 29/20
29/21 29/23 31/6 31/11
31/16 32/21 33/2 33/6
33/15 34/16 37/8 37/10
37/11 37/21 38/4 38/13
**IBM [4]**  8/4 8/4 8/7
8/20
**idea [1]**  37/25
**ideal [1]**  32/11
**identify [2]**  24/11 24/11
**identity [2]**  24/1 24/4
**IDR [1]**  14/6
**ignored [1]**  25/18
**III [3]**  1/18 4/4 12/19
**ill [1]**  29/18
**Imagine [1]**  8/20
**implicate [1]**  27/13
**implication [1]**  17/10
**impose [2]**  20/10 21/7
**impression [2]**  15/8
16/20
**inability [1]**  28/9
**incentive [1]**  29/13
**include [2]**  25/17 25/17
**included [1]**  28/1
**includes [1]**  28/20
**income [1]**  6/8
**increase [3]**  25/7 28/11
31/4
**increased [1]**  28/12
**Indeed [1]**  38/10
**independent [1]**  3/8
**indicated [2]**  15/8
36/25
**indicates [1]**  10/11
**indicia [1]**  18/25
**individual [3]**  8/17 8/18
9/21
**individuals [3]**  10/10
16/22 16/25
**information [22]**  7/14
9/2 9/4 9/5 9/6 9/11
10/5 11/18 12/3 18/4
21/17 21/17 23/23 24/7
24/10 25/10 27/20 28/10
33/10 36/2 36/14 38/11
**informative [1]**  10/22
**initial [3]**  27/15 27/18
38/20
**initially [2]**  10/24 35/11

**instructive [1]**  7/6
**integration [2]**  15/1
15/5
**intend [3]**  25/16 25/17
25/25
**intended [1]**  17/23
**intending [1]**  2/25
**intends [1]**  25/16
**interest [7]**  6/22 8/18
9/20 10/14 11/4 23/5
24/4
**interested [1]**  3/5
**interesting [2]**  12/12
27/12
**interests [2]**  7/11 29/25
**interlocking [3]**  3/23
4/2 12/7
**Internal [1]**  11/17
**international [1]**  30/17
**interpret [1]**  28/22
**interpretation [3]**
19/21 19/23 27/12
**intervention [1]**  37/18
**investigating [1]**  20/25
**investigation [1]**  24/20
**investigations [5]**  20/18
20/19 21/1 21/18 27/21
**investigative [1]**  20/15
**involved [3]**  3/10 16/23
30/17
**iPhone [1]**  31/15
**ipso [1]**  6/6
**IRS [13]**  6/12 9/1 9/4
14/7 14/15 16/23 20/16
20/21 20/22 20/24 34/25
36/7 36/8
**is [217]**
**isn't [2]**  21/20 24/22
**issue [10]**  3/10 11/9
11/14 16/8 16/12 17/13
22/7 33/16 36/2 37/17
**issues [3]**  7/22 15/14
16/5
**it [119]**
**it's [5]**  3/11 6/3 23/16
24/10 34/11
**itemize [1]**  7/9
**items [1]**  24/7
**iteration [1]**  24/9
**iterations [1]**  18/18
**its [5]**  6/7 8/9 14/7
15/20 31/18
**itself [10]**  6/7 6/25 6/25
7/3 7/5 9/10 9/17 9/19
14/24 38/19

**J**

**J-A-R-R-I-M-I-L-L-O
[1]**  36/23
**Jarrimillo [1]**  36/23
**Jersey [1]**  22/25
**JOHN [2]**  1/14 2/8
**join [1]**  4/4
**JOSEPH [2]**  1/18 2/11
**JUDGE [14]**  1/11 7/14
8/20 11/6 12/17 12/22

12/23 14/14 15/15 16/16
17/25 31/10 31/22 37/16
**judgment [18]**  1/10
2/22 2/23 3/8 13/7 15/13
15/19 15/19 15/20 15/24
15/25 16/3 16/14 23/2
23/3 23/4 33/13 34/15
**judgments [1]**  23/1
**judicial [1]**  6/9
**judicious [1]**  37/21
**Julie [1]**  35/7
**June [1]**  38/8
**junior [1]**  37/3
**jure [1]**  6/7
**jurisdictional [2]**  12/16
12/18
**jury [2]**  3/6 16/7
**just [25]**  7/9 7/10 8/22
9/13 9/16 10/13 12/13
13/11 15/12 16/18 17/6
17/20 19/10 22/7 26/21
27/6 29/23 30/1 30/21
31/11 31/19 33/24 34/15
37/15 37/22

**K**

**K-O-Z-N-E-Y [1]**  13/6
**Kaplan [1]**  35/14
**Kaufman [12]**  3/15
3/20 12/6 22/15 22/22
22/23 23/3 23/14 25/13
32/8
**keep [5]**  19/15 23/20
23/20 23/21 25/11
**keeping [1]**  25/2
**kept [1]**  23/23
**kick [1]**  5/20
**kicked [2]**  18/11 18/15
**kind [4]**  15/6 19/12
26/25 37/20
**Kingdom [1]**  7/18
**knew [3]**  26/1 26/2
32/13
**know [56]**
**knowing [1]**  3/5
**knowledge [3]**  14/4
14/4 14/5
**Kozney [1]**  13/6

**L**

**lack [2]**  18/4 20/17
**LADER [3]**  1/18 2/14
2/16
**language [9]**  13/17
17/18 25/16 25/16 25/17
25/21 26/2 26/10 30/23
**large [2]**  34/1 34/3
**Las [1]**  1/19
**last [2]**  15/9 36/21
**late [2]**  23/5 24/25
**later [2]**  17/22 20/3
**Lauderdale [1]**  1/20
**laundering [1]**  27/21
**law [3]**  24/21 36/4 37/3
**lawsuit [1]**  35/7
**lead [1]**  2/25

**L**

leads [1]  12/9
least [7]  5/2 10/18
15/18 17/12 18/5 22/7
37/12
leave [1]  25/16
leaves [1]  25/15
leaving [1]  21/3
leery [1]  36/2
left [1]  20/2
legal [1]  24/3
lend [1]  5/20
lenity [6]  4/10 4/14
4/23 5/5 5/15 5/19
less [1]  32/11
let [3]  12/13 17/25
19/14
let's [3]  5/22 11/1 31/21
letter [4]  14/8 14/10
14/14 17/9
letters [1]  17/2
level [2]  10/24 31/23
levy [3]  6/4 6/6 20/23
light [1]  33/3
lightly [1]  15/16
like [15]  4/3 4/23 13/11
14/14 14/15 16/19 17/2
17/18 18/8 22/6 25/4
31/8 31/10 34/13 37/24
limit [3]  8/25 9/12 12/5
limitation [3]  12/19
13/14 16/9
limitations [16]  12/14
12/15 13/2 13/10 13/12
13/16 14/19 16/24 18/9
19/16 20/10 21/7 22/3
32/16 32/17 40/8
line [4]  8/10 22/11
24/10 28/7
list [13]  7/11 7/14 7/16
7/17 8/2 8/7 8/12 8/18
9/1 9/16 10/3 13/24
24/15
listed [5]  8/5 9/21 12/4
20/6 20/8
listing [1]  13/22
litigates [1]  6/12
little [4]  3/17 10/9
17/25 32/5
location [1]  34/4
logic [2]  23/13 31/18
long [1]  36/17
look [3]  6/15 19/12
26/20
looked [2]  3/23 10/21
looking [2]  23/24 26/18
lot [2]  33/3 37/10
loved [1]  32/12
low [1]  28/2
lower [2]  25/8 30/12

**M**

ma'am [1]  3/2
maintain [1]  24/18
maintains [1]  20/19

majority [1]  5/23
make [7]  19/11 26/3
28/18 31/20 32/7 36/18
37/10
makes [1]  32/1
manner [1]  28/23
manpower [1]  20/17
many [2]  9/13 18/12
Mark [1]  36/22
material [7]  14/7 15/14
16/5 16/12 17/12 31/2
33/10
math [3]  31/15 31/23
31/25
matter [3]  5/23 38/23
40/4
matters [5]  23/3 31/23
31/25 31/25 35/23
Matthew [1]  14/11
Matthews [1]  36/22
may [3]  1/4 2/2 2/6
maybe [2]  10/18 33/19
me [20]  7/7 7/23 8/1
10/22 12/13 14/16 17/12
17/18 17/25 19/14 22/7
24/13 27/14 31/18 33/6
36/25 37/5 37/5 37/22
38/15
mean [11]  4/15 5/23
13/23 17/19 17/20 19/10
29/24 32/16 33/12 33/17
33/21
means [5]  8/16 12/25
30/1 32/4 37/3
mechanism [1]  10/10
member [1]  35/15
memorialized [1]  15/7
mental [1]  25/12
mentioned [3]  10/18
10/20 17/2
mentions [1]  10/17
merely [2]  24/16 24/23
might [1]  17/2
miller [1]  1/23 1/25
40/10 40/10
million [4]  29/3 32/1
32/5 32/5
minimum [3]  17/7 19/6
23/23
minor [1]  26/25
modifying [1]  28/11
moment [1]  33/21
money [2]  27/21 30/13
months [1]  38/15
more [21]  7/1 7/8 7/10
8/12 9/2 9/23 23/10 24/8
24/14 24/14 24/15 24/17
24/23 29/13 30/5 30/6
30/14 30/16 31/12 31/16
34/7
morning [9]  2/2 2/4
2/10 2/11 2/13 2/14 2/16
3/1 38/22
most [1]  4/7
motion [13]  1/10 2/21
2/23 3/3 3/8 13/7 15/20

16/13 23/4 33/7 35/20
37/17 37/21
motions [4]  2/20 2/21
23/1 34/15
move [4]  15/13 15/21
15/24 33/12
moves [2]  15/19 15/19
15/25
Mr [6]  5/8 30/16 34/6
38/5 38/9 38/10
Mr. [48]
Mr. DiRuzzo [11]  2/25
20/8 20/13 31/8 34/15
34/22 35/17 35/25 36/2
36/13 36/19
Mr. DiRuzzo's [2]
19/19 35/20
Mr. Hicks [19]  14/15
14/17 16/22 17/9 32/12
32/13 32/13 33/2 33/3
33/5 33/23 34/9 34/16
35/13 35/19 36/13 36/14
37/2 37/17
Mr. Hicks' [2]  34/25
35/9
Mr. Lader [1]  2/16
Mr. Mark [1]  36/22
Mr. Nasta [6]  2/10 10/8
19/14 27/14 32/20 34/12
Mr. Nasta's [2]  5/9
31/9
Mr. Solomon [1]  37/25
Mr. Solomon's [1]  34/8
Mr. Todd [2]  34/23
35/3
Mrs [3]  16/19 19/25
23/12
Mrs. [6]  13/23 18/13
18/23 19/22 21/9 35/4
Mrs. Evelyn [1]  35/4
Mrs. Solomon [5]
13/23 18/13 18/23 19/22
21/9
Ms [1]  2/2
much [4]  10/13 11/4
19/5 38/21
multiple [3]  18/2 18/3
30/19
my [23]  5/1 5/13 8/1
8/20 12/18 13/7 14/5
14/9 14/18 14/24 15/18
16/9 17/23 22/1 31/15
31/15 32/14 32/20 32/24
33/7 33/17 38/10 40/5

**N**

name [1]  7/15
named [1]  35/12
narrow [1]  5/10
NASTA [12]  1/14 2/8
2/10 10/8 19/14 27/14
30/16 32/20 34/6 34/12
38/5 38/10
Nasta's [2]  5/9 31/9
National [1]  21/25
natural [1]  13/19

naturally [1]  34/11
nature [4]  11/8 12/16
13/13 13/19
near [1]  32/22
necessarily [2]  16/1
17/5
necessary [1]  34/21
need [6]  19/12 19/20
33/24 33/24 34/4 34/9
needs [1]  34/4
neither [2]  22/25 23/5
network [1]  20/14
never [4]  9/4 9/5 17/23
26/20
New [2]  22/25 35/8
next [1]  38/14
Nine [1]  5/14
Ninth [6]  3/16 3/22
5/16 22/19 23/10 23/14
no [25]  1/2 4/24 6/6
6/10 9/22 10/23 11/10
12/22 13/17 14/3 14/12
14/25 15/2 15/14 16/24
17/22 19/20 20/24 21/24
30/6 31/2 31/6 32/2 37/3
37/25
non [7]  3/25 4/1 19/1
19/2 19/3 29/4 29/11
non-willful [7]  3/25 4/1
19/1 19/2 19/3 29/4
29/11
noncompliance [1]  6/3
nonwillful [1]  31/5
normal [2]  18/8 18/8
not [68]
note [3]  14/8 14/23 25/4
nothing [2]  12/17 33/17
notice [1]  6/9
notion [1]  33/19
now [8]  12/13 14/9
20/12 22/5 24/13 28/24
35/19 38/3
number [16]  7/2 7/16
8/12 8/25 9/1 9/3 9/12
9/15 9/17 9/18 10/11
12/4 30/11 30/12 31/17
31/19
numbers [3]  31/21
31/25 32/6

**O**

obligated [1]  7/12
obligation [1]  11/10
obligations [1]  35/22
obtain [1]  30/2
obtaining [1]  36/1
obviously [1]  38/5
occurred [1]  40/6
odd [1]  17/20
off [1]  4/25
offense [1]  13/18
offer [2]  18/1 18/3
Office [1]  1/14
Official [1]  1/24 40/11
offshore [1]  20/1
often [2]  16/4 20/18

oftentimes [1]  8/3
okay [7]  3/3 3/7 6/19
22/4 27/24 30/15 31/2
Olas [1]  1/19
old [1]  18/23
once [7]  8/11 8/25 18/6
33/2 34/5 34/10 38/15
one [46]
only [13]  6/16 12/4
13/25 15/8 17/23 21/3
23/8 25/5 25/11 28/2
32/20 34/3 38/18
open [10]  13/3 13/11
13/21 14/12 14/13 14/18
14/22 17/10 33/16 34/23
operate [1]  5/6
operating [1]  13/9
opposition [1]  15/21
opt [3]  18/7 18/7 19/1
order [6]  8/22 16/10
25/7 28/18 38/11 38/24
orders [1]  16/5
other [15]  6/2 11/11
15/7 17/24 20/9 22/22
22/24 23/3 24/20 30/10
31/2 31/3 33/18 35/17
35/18
our [1]  3/18
out [23]  3/14 3/16 7/16
7/17 8/7 8/10 18/7 18/7
18/11 18/15 19/1 25/15
25/16 27/5 34/9 34/10
34/22 35/19 35/25 36/1
36/22 37/3 37/6
over [6]  8/5 20/20 23/5
23/15 32/1 32/5
overall [1]  6/16
own [1]  15/20

**P**

P-R-O-C-E-E-D-I-N-G-
S [1]  2/1
p.m [1]  39/1
PACER [1]  38/7
pages [3]  1/7 8/24 8/25
pandemic [1]  40/7
paper [2]  6/16 8/21
paragraph [2]  25/22
25/22
paragraphs [2]  23/25
25/18
parallel [1]  26/10
part [2]  5/2 28/9
partial [4]  2/21 23/2
23/2 33/13
participant [1]  24/3
participants [1]  24/2
participate [1]  17/21
participating [1]  17/20
particularity [1]  13/5
particularly [3]  10/22
11/15 33/10
parties [4]  15/4 16/13
17/13 24/4
partner [1]  37/2
party [1]  36/8 36/18

**P**

**passed [3]** 27/16 27/19 27/24
**passively [1]** 13/25
**path [1]** 37/11
**paying [1]** 30/18
**payment [1]** 23/5
**penal [2]** 4/17 4/20
**penalized [1]** 30/6
**penalties [13]** 19/2 19/3 20/3 20/10 23/5 25/3 25/20 28/11 29/5 29/6 31/4 31/25 32/1
**penalty [26]** 3/11 3/24 3/25 4/1 4/11 10/25 18/22 20/16 20/23 21/15 23/15 25/5 25/8 25/12 26/3 26/16 28/1 28/2 28/12 28/14 28/16 29/11 29/14 29/15 31/11 31/14
**pending [7]** 2/20 22/13 23/4 34/14 35/7 35/8 38/6
**people [3]** 13/2 18/12 21/2
**per [15]** 3/11 3/12 4/1 5/21 5/21 7/11 7/20 7/21 9/14 10/14 12/1 12/9 26/21 26/23 28/16
**percent [6]** 18/18 18/19 18/21 26/23 28/13 32/3
**perfect [1]** 24/24
**perhaps [2]** 7/12 17/6
**period [4]** 12/15 13/3 15/9 33/6
**permitted [1]** 34/15
**person [15]** 11/20 19/1 24/8 25/6 29/3 29/5 29/12 30/4 30/5 30/7 30/10 30/12 30/16 30/18 36/18
**personal [5]** 14/3 14/4 32/23 37/14 38/9
**personally [1]** 27/7
**persons [4]** 23/19 25/8 27/20 29/8
**perspective [1]** 8/15
**petition [1]** 22/22
**phase [1]** 18/8
**philosophy [1]** 25/14
**piece [1]** 8/21
**PIERCE [3]** 1/6 1/16 40/12
**pipe [1]** 22/11
**place [1]** 24/5
**placed [2]** 21/12 21/13
**plaintiff [5]** 1/4 1/14 2/7 15/24 16/2
**Plaintiff's [1]** 2/22
**play [1]** 37/9
**please [1]** 2/7
**point [15]** 4/3 4/14 8/6 13/22 16/17 17/4 19/10 19/11 19/19 21/16 32/21 33/16 34/17 35/14 36/22
**pointed [1]** 34/22
**portion [1]** 33/7
**position [7]** 5/13 5/14 20/16 29/17 34/2 34/13 35/21
**potentially [3]** 14/20 23/10 33/12
**practice [3]** 6/17 19/9 37/21
**practicing [1]** 13/1
**preclude [1]** 22/1
**predecessor [2]** 28/3 28/4
**prerequisite [1]** 17/19
**prescribed [2]** 11/19 11/20
**presentation [1]** 37/9
**presumption [3]** 25/15 25/15 25/25
**pretty [2]** 13/8 13/9
**pretty common [1]** 13/8
**previous [1]** 35/22
**principles [2]** 5/9 5/24
**prior [1]** 25/4
**private [1]** 35/24
**privilege [7]** 35/1 35/2 36/7 36/11 36/11 36/15 36/16
**probably [1]** 37/18
**problem [2]** 15/16 30/10
**procedural [1]** 8/15
**procedure [1]** 13/9
**proceed [3]** 2/17 19/16 26/11
**proceedings [2]** 39/1 40/4
**program [19]** 17/20 17/21 17/22 18/1 18/4 18/6 18/6 18/10 18/12 18/16 18/16 18/17 19/1 19/3 19/6 19/8 20/1 20/2 20/4
**prohibition [1]** 2/18
**promulgated [2]** 8/9 11/24
**proper [1]** 23/21
**properly [1]** 38/13
**protect [2]** 36/14 36/16
**provide [3]** 9/3 10/6 11/18
**provides [3]** 6/25 24/5 25/3
**provision [2]** 10/25 23/16
**provisions [2]** 12/8 15/3
**publicly [2]** 27/3 27/9
**pure [1]** 21/16
**purely [1]** 11/8
**purpose [4]** 5/1 5/4 6/1 27/19
**purposes [2]** 7/23 15/1
**put [2]** 8/19 38/1
**puts [1]** 9/12
**puzzling [1]** 20/8

**Q**

**quash [1]** 37/18
**question [8]** 12/13 15/14 19/13 19/17 26/25 27/12 27/14 34/23
**questions [1]** 36/10
**quick [1]** 2/17
**quite [1]** 20/18
**quote [2]** 13/25 14/10
**quoting [1]** 11/16

**R**

**rate [1]** 7/24
**rather [3]** 13/24 29/25 38/10
**reach [4]** 4/5 8/25 35/25 37/5
**reached [1]** 36/22
**read [7]** 5/8 19/5 20/9 21/10 28/22 32/8 35/19
**reading [3]** 13/20 14/24 32/7
**ready [1]** 23/6
**real [2]** 23/8 24/4
**realize [1]** 11/7
**really [8]** 6/20 10/13 17/23 18/25 19/11 28/17 32/6 33/17
**reason [3]** 10/23 15/22 30/13
**reasonable [2]** 10/20 11/1
**received [2]** 14/8 14/11
**recognized [1]** 28/8
**record [5]** 16/17 16/24 19/9 33/20 36/4
**recorded [1]** 40/3
**recording [1]** 2/18
**records [6]** 23/20 23/21 23/22 24/18 25/2 25/11
**red [1]** 28/7
**reduce [1]** 8/22
**reduction [1]** 18/21
**refer [1]** 11/2
**reference [1]** 10/25 26/8 26/13
**referring [3]** 21/3 22/2 29/21
**refused [1]** 20/2
**regarding [3]** 16/12 38/5 38/14
**regime [3]** 3/24 4/2 4/8 6/7 6/16 31/11 32/9
**regulation [4]** 7/4 11/16 11/24 11/25
**regulations [6]** 11/9 11/14 12/8 20/20 27/13 30/18
**regulatory [8]** 3/24 4/8 6/7 8/6 8/23 9/9 11/8 32/9
**related [3]** 6/17 27/21 32/19
**relationship [3]** 11/18 24/2 35/9
**relationships [1]** 24/12
**relevance [1]** 9/7
**relevant [2]** 33/10 36/11
**relied [1]** 25/14
**relieved [1]** 24/22
**remained [1]** 25/10
**reminder [1]** 2/18
**remotely [1]** 40/8
**report [21]** 6/21 9/25 10/2 11/7 11/21 21/15 25/10 25/24 26/1 26/4 26/9 26/14 27/5 27/20 29/8 29/9 29/13 29/25 30/4 30/6 30/8
**reported [4]** 1/23 24/1 24/6 30/8
**reporter [3]** 1/24 3/18 40/11
**reporting [13]** 6/21 11/5 11/19 11/25 12/1 24/7 24/7 25/1 28/8 28/11 28/20 30/1 40/8
**reports [3]** 23/20 23/21 25/20
**represent [2]** 34/3 34/3
**representative [3]** 32/24 37/14 38/9
**represented [1]** 34/1
**representing [3]** 35/15 36/4 38/12
**request [1]** 33/15
**requested [1]** 20/5
**require [3]** 12/3 23/19 27/20
**required [2]** 24/1 25/10
**requirement [4]** 11/5 11/7 11/8 11/23
**requirements [6]** 21/8 21/9 21/12 23/17 23/25 30/23
**requires [1]** 20/4
**requiring [1]** 11/10
**research [1]** 12/18
**reseller [2]** 25/14 25/25
**reserved [2]** 14/20 14/20
**resistance [1]** 37/12
**resolution [2]** 37/12 38/14
**respected [1]** 37/7
**respective [2]** 3/21 23/6
**response [2]** 5/11 15/21
**responsibility [1]** 24/22
**rest [1]** 38/24
**result [2]** 10/3
**results [1]** 30/2
**resurrecting [1]** 13/13
**revenue [3]** 11/17 16/23 33/9
**review [2]** 22/21 24/20
**reviewing [1]** 7/5
**revive [2]** 12/25 13/5 33/6
**reviving [2]** 13/4 13/12
**right [15]** 10/8 10/14

14/20 16/15 17/11 17/15 26/17 27/11 31/7 31/23 31/25 32/2 37/3 38/3 38/21
**RMR [2]** 1/23 40/10
**rule [7]** 4/10 4/14 4/18 4/22 5/5 5/15 5/19
**ruled [1]** 22/19
**running [1]** 13/11

**S**

**said [5]** 3/18 5/16 22/1 26/5 32/13
**same [6]** 4/5 21/4 23/22 25/9 29/5 30/23
**say [8]** 13/9 14/3 17/22 22/7 28/25 33/20 38/7 38/8
**saying [2]** 15/2 15/6
**says [4]** 7/10 9/2 23/16 24/16
**school [1]** 37/3
**se [2]** 9/14 12/1
**sealed [1]** 37/3
**second [3]** 13/6 13/8 34/22
**Secrecy [15]** 5/2 5/4 5/11 5/24 6/2 6/14 6/15 6/20 11/15 20/12 21/10 21/11 21/20 21/23 27/18
**Secretary [4]** 11/8 11/13 23/18 23/19
**section [13]** 10/16 11/21 14/10 23/16 23/16 23/17 23/24 24/18 25/3 25/19 25/21 26/6 35/20
**security [1]** 7/15
**see [14]** 11/1 12/14 14/14 14/15 15/2 15/12 20/8 21/5 26/10 26/12 26/13 34/25 36/6 38/3
**seek [1]** 22/21
**seeking [1]** 33/22
**seems [9]** 11/3 13/24 14/16 17/12 17/18 17/20 19/22 31/17 31/20
**seen [2]** 14/5 15/18
**self [1]** 11/13
**self-executing [1]** 11/13
**send [1]** 14/12
**sense [4]** 21/21 31/20 32/2 32/7
**separate [7]** 20/14 21/3 21/6 35/4 35/5 35/6 35/15
**serve [1]** 32/25
**served [3]** 32/23 38/9 38/13
**seven [1]** 27/19
**shaky [1]** 19/7
**shall [2]** 11/18 11/18
**she [15]** 13/23 15/8 15/8 16/20 17/20 18/15 18/23 18/23 18/24 18/24 18/25 18/25 19/25 20/2 32/25
**shed [1]** 33/3

**S**

should [5]  30/6 30/8 30/17 34/13 36/10
shouldn't [1]  38/15
show [1]  21/25
sic [1]  3/20
side [2]  15/7 17/1
sides [1]  16/6
sign [1]  20/2
signatory [1]  8/5
signed [1]  14/18
simple [1]  21/16
simultaneously [1]  21/1
since [4]  3/3 3/13 30/24 34/2
single [1]  13/25
situated [1]  29/8
situation [1]  30/19
six [1]  8/24
size [1]  18/16
skipped [1]  23/15
slow [1]  3/17
so [69]
social [1]  7/15
SOLOMON [24]  1/6 2/6 2/12 13/23 16/19 18/13 18/23 19/22 19/25 21/9 32/18 34/1 34/23 35/3 35/4 35/5 35/7 35/11 36/12 36/12 37/7 37/13 37/25 38/9
Solomon's [5]  23/12 32/19 34/8 34/8 35/6
Solomons [1]  36/4
some [15]  7/22 8/6 15/6 22/9 28/24 29/1 30/17 32/21 35/14 35/16 35/16 37/12 37/18 38/4 38/13
someone [1]  33/19
something [5]  11/14 11/14 13/13 15/7 33/19
sometime [1]  33/5
somewhat [1]  33/15
soon [2]  33/5 38/10
sorry [3]  10/21 11/11 29/22
sort [15]  8/15 9/8 10/11 10/23 10/24 19/11 26/8 27/13 27/15 29/16 30/1 30/17 31/3 33/16 33/18
sounds [3]  22/6 34/13 37/24
South [2]  1/15 40/12
SOUTHERN [3]  1/1 22/9 35/8
speak [4]  34/7 34/15 36/14 37/5
specific [4]  6/24 7/3 26/8 26/16
specifically [2]  21/23 37/5
specified [2]  11/19 26/5
specifies [1]  23/23
specify [5]  23/18 23/19 23/25 25/20 25/23

speculative [2]  33/19 38/2
speed [1]  22/8
split [1]  22/20
spoke [1]  36/22
standard [2]  10/24 13/9
stands [1]  3/14
start [1]  3/4
state [1]  25/12
statement [2]  14/7 16/18
states [9]  1/1 1/3 1/11 2/5 2/9 14/11 22/17 22/20 40/11
States' [1]  35/21
status [1]  22/12
statute [34]  4/2 4/11 4/16 5/5 5/6 5/16 5/17 5/25 10/13 10/16 12/8 13/2 13/10 13/11 13/13 13/16 14/19 16/9 16/23 20/9 20/12 21/7 21/13 21/20 21/24 22/1 22/3 23/22 24/23 25/7 26/20 26/21 27/16 29/9
statutes [3]  4/17 4/20 21/24
statutory [6]  3/24 4/8 4/19 9/9 27/12 27/15
statutory/regulatory [1]  9/9
stay [1]  34/14
Steel [1]  21/25
stick [1]  19/15
still [9]  8/18 13/3 13/20 13/25 20/19 22/21 24/17 35/23 36/6
strange [2]  30/2 30/3
streak [1]  22/6
strict [6]  4/10 5/4 5/6 5/15 5/19 21/21
strictly [1]  4/18
strike [1]  10/22
struggle [2]  32/10 36/6
subject [6]  6/20 25/5 29/14 29/15 33/20 40/7
submit [9]  4/2 4/7 4/13 5/1 6/17 8/16 12/22 12/23 13/19
submits [1]  14/6
submitting [1]  10/13
subpoena [1]  37/17
subpoenas [1]  35/24
subsection [4]  23/24 25/19 26/8 26/10
substantial [1]  12/24
substantive [1]  30/22
successor [1]  11/22
such [6]  11/17 11/18 11/20 17/5 26/14 33/21
suggest [2]  16/19 28/23
suggesting [1]  17/5
Suite [2]  1/15 1/20
sum [1]  9/20
summary [17]  1/10 2/21 2/23 3/8 13/7 15/13

15/15 15/19 15/20 15/24 15/25 16/2 16/14 23/2 23/2 33/13 34/14
supervised [1]  9/11
support [4]  5/20 21/19 25/24 33/18
sure [7]  7/13 7/13 9/19 27/4 27/6 29/20 34/16
switched [2]  35/13 35/15
Switzerland [2]  7/18 9/15
sworn [1]  16/18
system [1]  7/8

**T**

take [5]  2/25 6/9 7/24 14/18 38/23
taken [3]  29/17 32/20 34/2
takes [1]  38/19
taking [1]  31/18
talk [13]  12/1 13/2 13/3 13/4 13/12 32/12 32/18 33/2 33/2 33/25 33/25 34/9 38/16
talked [3]  12/3 12/7 32/12
talking [5]  12/5 13/18 17/9 26/15 35/3
talks [5]  11/16 11/25 12/4 14/8 14/10
tax [23]  5/3 5/25 6/2 6/4 6/6 6/7 6/11 6/11 13/2 13/10 14/10 14/12 20/12 20/18 20/19 20/23 21/14 21/18 21/20 21/24 27/22 27/22 35/21
taxes [2]  21/7 31/24
taxpayer [9]  5/7 5/18 9/4 9/5 14/12 18/8 18/20 18/20 18/23
taxpayers [1]  18/2
TDF90 [1]  11/22
TDF90-22.1 [1]  11/22
technological [1]  40/7
teed [2]  15/17 16/8
telephone [1]  36/15
telephones [1]  36/24
tell [1]  33/20
tells [1]  33/6
ten [4]  8/2 8/2 26/22 30/7
term [3]  15/16 29/24 32/11
terms [1]  30/22
text [2]  4/20 19/12
than [15]  7/1 7/8 7/10 8/12 9/23 17/24 20/9 24/14 24/15 24/17 30/6 31/3 32/11 31/18 37/20
thank [2]  38/21 38/25
that [244]
that's [32]  5/3 8/1 10/17 10/19 12/6 13/5 13/7 13/8 13/11 13/12 15/4

15/22 16/11 17/3 20/6 21/5 22/23 24/5 24/24 28/3 28/23 29/7 31/2 31/19 31/20 32/5 33/8 34/20 35/5 35/17 37/9 37/16 38/7 38/8
their [14]  2/6 6/13 22/15 23/6 23/13 24/12 30/4 30/13 34/5 36/10 37/1 37/4 37/8 38/8
them [9]  6/18 21/12 21/14 29/1 30/8 30/14 34/5 36/24 38/13
themselves [2]  7/11 11/12
then [46]
theory [1]  19/9
there [53]
therefore [3]  3/6 21/21 40/7
these [5]  5/23 20/3 20/17 32/6 34/14
they [58]
thing [3]  16/21 32/10 34/22
things [5]  6/2 23/20 24/6 28/12 37/20
think [21]  3/9 3/18 4/3 5/8 6/3 6/9 8/19 12/23 13/23 14/2 15/15 17/7 19/6 19/6 21/2 22/13 26/12 30/2 30/10 33/9 37/9
think at [1]  19/6
third [2]  36/8 36/18
third-person [1]  36/18
this [51]
those [25]  3/21 3/23 4/6 6/15 10/5 12/9 16/25 19/21 19/23 20/10 21/2 21/11 22/10 22/25 23/6 24/6 24/7 24/19 25/1 25/18 29/7 29/13 30/8 35/23 36/10
thought [1]  17/1
thousand [2]  8/7 8/21
three [5]  3/15 10/18 25/19 25/24 34/5
threshold [4]  9/8 18/5 24/14 24/15
through [7]  4/2 7/14 9/3 18/17 23/25 27/14 28/19
time [8]  9/23 15/9 21/4 27/14 31/16 32/15 36/5 37/22
times [6]  10/19 26/22 29/10 29/10 31/14 31/16
Title [3]  11/10 21/1 21/4
Todd [13]  32/18 32/19 32/22 32/23 34/6 34/8 34/23 35/3 35/5 37/7 37/13 38/12 38/14
Todd's [4]  32/21 34/6 37/6 38/6

told [1]  23/18
toll [1]  13/11
too [1]  19/5
took [2]  18/20 38/10
top [1]  4/25
total [1]  29/3
touched [1]  4/12
traditional [1]  21/21
transaction [3]  11/3 24/2 24/5
TRANSCRIPT [1]  1/10
transcription [1]  40/3
translation [2]  7/22 7/24
Treasury [7]  6/13 8/8 11/9 11/13 12/11 20/15 24/19
treated [1]  35/23
trial [1]  3/6
tried [1]  27/1
true [6]  11/6 12/17 18/15 20/1 23/18 30/11
truly [1]  16/19
truthful [1]  17/8
try [1]  38/11
trying [4]  22/21 34/19 34/13 37/21
turn [3]  6/24 11/3 19/14
turning [1]  12/13
twice [1]  10/18
two [11]  2/20 3/7 15/9 17/24 20/25 22/22 25/19 25/24 28/12 29/20 35/18
type [2]  26/16 37/18
typed [1]  31/15
typically [3]  15/1 15/17 15/22

**U**

U.S [4]  1/14 21/25 29/8 40/12
U.S.C [2]  11/19 21/9
UBS [1]  9/15
ultimate [1]  31/19
ultimately [2]  20/23 22/12
unambiguous [1]  5/17
unambiguously [1]  12/21
under [12]  11/9 11/14 11/19 11/20 11/23 15/8 16/19 18/22 35/1 35/2 36/7 38/23
underreporting [1]  5/3
understand [4]  5/8 16/15 19/10 23/8
understanding [2]  8/1 33/9
UNITED [10]  1/1 1/3 1/11 2/5 2/8 7/18 22/17 22/20 35/21 40/11
unless [1]  36/15
unlikely [1]  4/5
unquote [1]  14/1
until [3]  34/15 37/6 38/2

**U**

unwarranted [1] 18/22
up [5] 15/17 16/8 18/19 22/7 38/10
upon [3] 4/12 12/19 14/17
us [2] 1/15 38/19
use [5] 13/5 15/16 19/22 26/1 26/2
useful [2] 21/17 27/21
uses [2] 13/8 20/22
using [2] 10/2 25/24
usually [2] 30/13 30/16

**V**

V-I-T-T-N-E-R [1] 3/19
value [2] 18/18 32/4
varies [1] 25/12
version [1] 28/8
versus [4] 2/5 12/25 19/16 21/25
very [5] 18/2 19/3 27/11 28/9 38/21
Victor [1] 36/23
video [1] 2/19
view [8] 4/7 6/19 13/1 16/9 18/21 21/20 28/21 33/14
viewing [1] 7/4
violated [1] 29/9
violater [6] 25/12 26/19 28/15 29/4 32/2 32/3
violating [1] 23/16
violation [29] 6/19 10/12 10/12 12/10 20/25 23/22 24/6 24/25 25/1 25/1 25/2 25/3 25/9 25/9 25/23 26/6 26/14 26/14 26/16 26/21 26/23 28/14 28/16 28/18 28/19 28/20 29/24 30/9 30/20
violations [8] 6/14 25/5 25/5 26/22 28/2 28/15 28/22 30/19
Vittner [15] 3/15 3/18 4/11 4/18 12/6 22/15 22/16 23/9 23/13 25/13 25/14 26/2 27/1 27/8 32/8
voluntary [4] 18/1 18/3 19/8 20/1
volunteer [1] 17/21
vs [1] 1/5

**W**

waiting [1] 22/18
waive [2] 12/21 17/24
waived [1] 12/20
waiver [16] 13/18 14/19 18/9 18/10 18/11 18/14 22/2 22/2 22/2 22/3 32/18 33/1 34/5 37/6 37/15 38/16
waivers [3] 13/15 16/10 34/4

walk [2] 7/13 27/14
want [7] 9/2 17/22 18/4 18/10 29/21 38/7 38/8
wanted [3] 21/11 21/14 26/3
warrant [1] 3/6
was [48]
wasn't [1] 17/19
wasted [1] 32/15
way [6] 8/19 8/20 15/16 15/18 22/15 30/10
we [28] 2/6 2/17 2/20 3/4 9/2 10/21 12/3 12/5 19/15 19/19 26/8 26/12 26/13 26/15 26/15 26/18 26/20 28/18 34/13 34/18 34/20 35/3 37/12 37/17 37/18 37/25 38/13 38/18
wears [1] 18/24
welcome [1] 35/25
well [13] 3/3 3/9 5/16 10/8 14/2 14/14 15/15 17/7 17/25 27/11 27/13 38/21 38/22
went [1] 18/19
were [20] 4/6 12/5 13/25 14/18 15/14 16/10 16/23 17/14 20/3 22/9 23/1 25/5 25/5 28/12 29/15 29/16 29/23 33/14 36/7 36/11
weren't [1] 36/8
what [49]
wheel [1] 18/24
wheel-chair [1] 18/24
when [27] 6/15 7/3 8/9 9/11 15/18 16/8 18/7 20/24 21/12 22/1 24/8 25/7 25/16 25/17 25/21 25/21 26/15 26/19 27/15 27/16 27/16 28/22 30/20 31/22 34/16 35/3 35/19
where [10] 7/10 7/17 8/6 18/3 22/8 24/24 25/6 28/15 29/21 32/5
whereabouts [1] 34/8
whether [11] 3/11 3/11 16/12 17/1 20/23 22/21 31/24 31/24 31/24 34/23 37/25
which [34] 2/22 2/23 3/9 4/11 5/14 7/4 7/22 8/8 8/16 10/10 10/17 11/2 11/3 11/17 12/5 13/6 13/15 15/1 18/21 20/14 21/2 21/9 21/25 22/24 23/13 24/3 24/19 29/21 32/24 35/7 36/3 38/2 38/6 38/19
while [3] 13/1 19/25 30/11
who [5] 10/10 24/11 25/8 30/5 37/14
whoever [2] 33/1 38/12
why [10] 3/4 4/15 5/24 8/8 12/6 17/3 19/15 21/5

32/6 32/7
why it [1] 32/6
will [6] 6/18 8/3 33/3 33/19 38/13 38/23
willful [18] 3/25 3/25 4/1 10/16 18/21 19/1 19/2 19/3 26/19 26/22 28/2 28/12 28/15 29/4 29/11 31/4 32/2 32/3
willfully [2] 25/6 25/9
willfulness [1] 18/25
winning [1] 22/6
wins [1] 16/4
wish [1] 38/24
wishes [1] 37/8
withdraw [1] 33/7
withdrawn [1] 32/15
within [1] 15/4
without [2] 19/9 36/10
word [7] 10/18 12/25 12/25 13/5 13/6 13/7 36/20
words [2] 11/11 26/2
work [1] 37/11
working [1] 14/9
works [5] 6/10 6/16 7/8 19/8 35/20
world [2] 8/5 13/10
would [69]
wouldn't [2] 5/10 6/8
written [1] 15/4
wrong [2] 4/7 8/24

**Y**

Yeah [3] 10/15 15/11 32/13
year [10] 3/11 4/1 5/21 7/19 7/25 11/17 13/25 16/11 17/23 20/7
years [18] 13/23 14/12 14/13 14/18 14/21 14/22 15/9 15/18 16/20 17/10 17/11 17/21 17/24 18/23 20/5 20/5 20/6 20/11
Yes [8] 3/2 3/20 19/18 23/11 26/12 28/7 31/10 34/18
yesterday [1] 38/7
yet [3] 23/1 32/18 33/25
York [1] 35/8
you [187]
you've [1] 17/2
your [44]
yourself [1] 18/5

**Z**

zero [1] 27/19