IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No. 20-cv-9:20-82236-CIV-CANNON/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| EVELYN SOLOMON, by and through her guardian Julia Solomon | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF SATISFACTION OF JUDGMENT**

The United States gives notice that Evelyn Solomon has satisfied the judgment entered against her at ECF No. 78 in this case.

Date: January 6, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: **John P. Nasta, Jr.**
JOHN P. NASTA, JR.
Fla. Bar No. 1004432
Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone:   (202) 307-6560
Facsimile:   (202) 514-4963
john.nasta@usdoj.gov

*Of Counsel:*
JUAN ANTONIO GONZALEZ
United States Attorney
Southern District of Florida

*Attorneys for the United States of America*